# Law Offices of
# SUSAN CHANA LASK

**244 Fifth Avenue, Suite 2369**
**New York, N.Y. 10001**

(917) 300-1958      www.appellate-brief.com

**Via ECF**

March 8, 2017

Honorable Loretta A. Preska
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Karn v. Lask, # 15-09946

Dear Judge Preska:

I am named as a defendant in the above-captioned matter and admitted to this court.

Your issued an Order to Show Cause to Plaintiff with respect to dismissing this matter ("OSC", Dkt. 12). Your OSC provided March 15, 2017 for me to respond. I respectfully request your permission for a brief extension from March 15 to April 3, 2017 for good cause. Namely, I am preparing for a week trial. I will be free by month's end to adequately review and respond to the filings made in response to your OSC.

This brief extension is my first request, it will not prejudice anyone nor is there any other pending schedule.

I respectfully request that this letter shall be "So Ordered".

Your time in this matter is very much appreciated.

                               Very truly yours,
                               **LAW OFFICES OF SUSAN CHANA LASK**

                               /s Susan Chana Lask

                               **SUSAN CHANA LASK**