*Law Office of*
*Douglas R. Dollinger, P.C.*
*& Associates, Counselors at Law*
*Admitted to Both*
*State and Federal Practice*

570 County Route 49
Middletown New York 10940
ddollingerlaw.com

*Telephone*
845.915.6800

*Facsimile*
845.915.6801

*Affiliated Offices*
San Diego California
New York City New York
Charlotte North Carolina

**ECF Filing**　　　　　　　　　　　　　　　　　　　June 13, 2017
United States District Courthouse
500 Pearl Street
New York, New York 10007-1312
Attn: Chamber Hon. Loretta A. Preska

Re: <u>*Karn vs. Lask*-Case No: 15-09946</u>

Your Honor:

　　On May 31, 2017, the Court ordered a pre-motion conference on defendant's claims for the disqualification of the undersigned as counsel in this matter. The conference is scheduled for June 20, 2017.

　　Mr. Kenneth Craig is submitting his application for Pro Hac Vic admission as of this date.

　　For the reason that his office would be substituting this office I am requesting permission to file a motion for substitution in this matter and that for the reasons set forth in the motion the June 20th conference be adjourned pending the determination of the motions.

Respectfully,

*Douglas R. Dollinger, Esq.*
Douglas R. Dollinger, Esq.

DRD/jc on Ken Craig, Esq.

CC:　S. Lask