# Law Offices of
# SUSAN CHANA LASK

*244 Fifth Avenue, Suite 2369*
*New York, N.Y. 10001*

(917) 300-1958                    www.appellate-brief.com

<u>Via ECF</u>
June 19, 2017

Honorable Loretta A. Preska
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>Karn v. Lask, # 15-09946</u>

Dear Judge Preska:

    I respectfully request a motion schedule the present *pro hac vice* application of Kenneth Craig so I may submit opposition on or before July 31, 2017.

    Notwithstanding the offensive docket Plaintiff, Dollinger and Craig created by inundating myself, the clerk's office and Your Honor with over 7 deficient and improper filings and re-filings since June 13, causing multiple clerk notices, and refusing to follow your individual rules, the fact is that a motion for disqualification and opposition to the PHV filing is required.

    On June 13, 2017 Plaintiff's counsel Dollinger's letter claimed Kenneth Craig will file *pro hac vice* to avoid the court ordered July 20, 2017 conference regarding my disqualification motion, which led Your Honor to withdraw the conference date (**Dkt. 44**). However, Craig is an associate of the Dollinger office and a disqualification motion is necessary. Every filing of Dollinger admits Craig is associated with his office and they worked together for 20 years. His latest filings admit that he discussed my case with Craig but tries to limit it to not being "in-depth", then contradicts that by admitting Craig works for and is paid by the Dollinger firm as counsel (Dkt. 48-1¶¶9,11). Notably, Dollinger told me that Craig was counsel in his firm when I was his client in 2011. That association alone prohibits Craig's PHV as the Dollinger firm has been previously disqualified in the Franzone case (**Dkt. 39, see Exh. A**).

    Craig's PHV attempts in the Franzone case only stopped after this court ordered him removed from that docket due to his misconduct there (**Dkt. 27, see p. 2 & Exhs. A-D**). Thereafter, Craig and Dollinger unethically and in contempt of this court's order conspired and did ghostwrite everything for Franzone. The same will occur here as Dollinger uses Craig as a decoy to confuse this court as if Dollinger will withdrawal when he will not.

    Moreover, Craig cannot be admitted PHV due to his serious misconduct in Franzone, here and elsewhere. In *Sexaur v. Victor* 15-CV- 02469 and *Miller v. Victor* 14-cv-4314 (collectively, the "Victor cases"), Dollinger and Craig victimized clients by telling them that Craig as his associate will handle their case, then Craig never appeared and left them to lose their case. When the clients complained, Dollinger and Craig fictionalized an associate named "Kerri

O'Keefe" and had the fake O'Keefe thwart their demands with emails while Craig refused to return their files (**Exhibit "A"**-10/2016 to 4/2017 emails from Dollinger, O'Keefe and Craig refusing to return files from SDNY cases). That same fraud of manufacturing parties that do not exist was committed by Dollinger in *Indiezone, Inc. v. Rooke,* 2014 U.S. Dist. LEXIS 122807, 2014 WL 4354122 (N.D. Cal. Sept. 2, 2014).

      This very serious matter of ethics violations, frauds on the court and perjury that perpetrated by Dollinger and Craig has gone on too long in this court, and that includes victimizing clients in the *Victor* cases and other courts, including the finding of fraud against Dollinger. *Indiezone, supra.* All of which mandates my motion to oppose their latest false filings. The rule in this Circuit is that any doubt as to the existence of a conflict of interest should be resolved in favor of disqualification. *Hull v. Celanese Corp.,* 513 F.2d 568, 571 (2d Cir. 1975); *Bennett Silvershein Assocs. v. Furman*, 776 F. Supp. 800, 802 (S.D.N.Y. 1991) (Mukasey J.). There is more than enough reason here, both factually and legally, to permit the disqualification motion and opposition to Craig's PHV filing.

      I respectfully request that the court permit a motion schedule for me to file my disqualification motion and opposition to the latest filings of Dollinger and Craig on or before July 31, 2017. That time is required because I have scheduling conflicts, appearances and motions due, including a complex class action settlement motion due soon and a second Circuit brief. Moreover, as the court may appreciate, the time is needed so I may unravel the quagmire of misrepresentations Dollinger and Craig filed here so I may file a concise motion for the court, including obtaining certifications from parties similarly harmed by Dollinger and Craig to support my motion showing Craig's prior misconduct alone prohibits his admission here.

      Thank you for your time in this matter.

                            Very truly yours,
                            **LAW OFFICES OF SUSAN CHANA LASK**

                            /s Susan Chana Lask

                            **SUSAN CHANA LASK**

**From:** Douglas R. Dollinger, ESQ. [ mailto:drdlinxs@aol.com]
**Sent:** Wednesday, **October 26, 2016 7:49 AM**
**To:**rsexauer1@live.com; natasha.labban@gmail.com; natashlabban@gmail.com; sarah.r.young@gmail.com; seth.roman.young@gmail.com; dixon.patti@gmail.com; hess.b@comcast.net
**Subject:** MOTION TO WITHDRAW.

Messrs and Ladies:  Please find attached a copy of a motion relating to Mr. Dollinger's request to withdraw from his representation of you in the IntellCell-Victor matter.  Mr. Dollinger has been medically directed to stop working for at least the next 4-6 months for the reason of injuries sustained by him in an automobile accident. Mr. Kenneth Craig an attorney is overseeing the the matter at this point and is working to find a substitute attorney. He can be reached at (275-553-2828) If the Court grants the Motion your files will be transferred  to any attorney you choose or in the event a substitute attorney can be retained by the Firm you will have a choice of either staying with the Firms new attorney of proceeding on your own.

**Truly Yours,**

**By: Kerrie O'Keef**

**Douglas R. Dollinger**
**The Law Offices of Douglas R. Dollinger, P.C.**
**& Associates**
**50 Main Street**
**White Plains, New York 10606**
**Land  845-915-6800   Fax  845-915-6801**
**━━━━━━━━━━━━━━━━━━━━━━━━━━━━**

**From:** Douglas R. Dollinger, ESQ. [ mailto:drdlinxs@aol.com]
**Sent:** Wednesday, **October 26, 2016 3:52 PM**
**To:** rsexauer1@live.com
**Subject:** Re: MOTION TO WITHDRAW.

Mr. Sexauer:  Mr. Dollinger sustained a medical set back on Friday of last week and had testing and findings earlier today.  He has indicated as best he can that all of the filings are available on Pacer.  Mr. Dollinger indicates that all other documents were provided by you to him.  The exception would be  a discovery response in the Young matter and that file is privileged unless Plaintiff Young agrees to share the file with you.  After Mr. Dollinger accident all of his files together with his household and personal items were placed in storage. Again all documents are available on  Pacer and can be downloaded far quicker than finding them in storage.

I will attempt to see what I can accomplish and will get back to you.  In the mean time please check the Pacer website. It is a public access website.

K. O'Keef

**Truly Yours,**
**Douglas R. Dollinger**
**The Law Offices of Douglas R. Dollinger, P.C.**
**& Associates**
**50 Main Street**

White Plains, New York 10606
Land  845-915-6800   Fax  845-915-6801

-----Original Message-----
From: Robert Sexauer <rsexauer1@live.com>
To: 'Douglas R. Dollinger, ESQ.' <drdlinxs@aol.com>
Cc: 'Stephanie Sexauer' <sms@sexauerlaw.com>
Sent: Wed, **Oct 26, 2016 4:14 pm**
Subject: RE: MOTION TO WITHDRAW.

Hello Kerrie and Doug,

I am in possession of the Motion to Withdraw.   I do hope that recovery takes place sooner than later and my best wishes for Doug to accomplish a full recovery and get back to practice as soon as possible.

I am again requesting any and all records related to filings on my behalf in this case.   I have requested this several times over the past several weeks and to date, have not received any notification as to when this task may be accomplished.   My suggestion is to forward any and all electronic copies first as they should be the easiest to access.   Secondly, if there are filings in writing and not available electronically, please compile these records and let me know how I may obtain them.   I cannot pursue any other legal counsel without full and complete records of what has been done to date in this case.   Thank you for your cooperation.

Kind regards,

Robert J. Sexauer

Robert J. Sexauer
917-566-8019
rsexauer1@live.com

-----Original Message-----
From: Robert Sexauer <rsexauer1@live.com >
To: 'Douglas R. Dollinger, ESQ.' <drdlinxs@aol.com >
Sent: Wed, Oct 26, 2016 5:02 pm
Subject: RE: MOTION TO WITHDRAW.

Dear Ms. O'Keef,

I am not familiar with the Pacer website but am somewhat technical.   However, my understanding is that upon request, a legal firm representing a client is expected to provide any and all records upon request of the client.   This would include any and all written correspondence between attorneys for the plaintiff and attorneys for the defense.   Those records are likely not on Pacer but perhaps I don't understand the full scope of Pacer.   If so, my apologies.   However, I need to see everything pertaining to this case as it apples to me personally.

My suggestion is that you retrieve any and all records from Pacer and any and all other records and forward them to me at my email address below.   If a shipping address is required, please let me know.   I would assume that records can be retrieved and saved in a pdf format.   If that is not the case, please let me know.

Kind regards,

Robert J. Sexauer

Robert J. Sexauer
917-566-8019
rsexauer1@live.com
_____

**From:** Douglas R. Dollinger, ESQ. [mailto:drdlinxs@aol.com]
**Sent:** Wednesday, **October 26, 2016 5:08 PM**
**To:** rsexauer1@live.com
**Subject:** Re: MOTION TO WITHDRAW.

Mr. Sexauer: I am preparing a communications log for you. It might be best if you review the log and then discuss how we can provide you with the documents you need. Generally, the matter is handled among outgoing and incoming attorneys. Mr. Dollinger has instructed me to work with you he feels you can handle your own affairs. He is resting but would like to speak with you Friday in the early afternoon. Please indicate your availability.

**Kerri O'Keef**

**Truly Yours,
Douglas R. Dollinger
The Law Offices of Douglas R. Dollinger, P.C.
& Associates
50 Main Street
White Plains, New York 10606
Land  845-915-6800   Fax  845-915-6801**

_____

**From:** Douglas R. Dollinger, ESQ. <drdlinxs@aol.com>
**Sent:** Monday, **November 21, 2016 12:51:50 PM**
**To:** Robert Sexauer
**Subject:** Re: Communication Log

Dear Mr. Sexauer: Are you going to retain an attorney. There are matters which require their agreement to proceed in the case. Mr. Dollinger's affairs are being handled by Mr. kenneth Craig. There are liens against the file which must be agreed to among the attorneys. If you are not proceeding with counsel please let me know.

Kerri O'Keefe

cc: K Craig.

**Truly Yours,
Douglas R. Dollinger
The Law Offices of Douglas R. Dollinger, P.C.
& Associates
50 Main Street
White Plains, New York 10606
Land 845-915-6800  Fax 845-915-6801**

From: Douglas R. Dollinger, ESQ. [mailto:drdlinxs@aol.com]
Sent: Wednesday, **April 12, 2017 9:38 AM**
**To:** rsexauer1@live.com
**Subject:** Re: Copy of files re IntelliCell

Mr. Sexauer you need to understand that under New York law e-mails are exempt from your demand. I will to see what letters were in fact provided to Mr. Sanders. However, I do believe that except for a handful demand letters all other communications are the property of the firm. I do note your attorney is no longer being included on this email.

**Truly Yours,
Douglas R. Dollinger
The Law Offices of Douglas R. Dollinger, P.C.
& Associates
50 Main Street
White Plains, New York 10606
Land 845-915-6800  Fax 845-915-6801
----_____**
**From:** Robert Sexauer
**Sent:** Wednesday, **April 12, 2017 9:52 AM**
**To:** 'Douglas R. Dollinger, ESQ.' <drdlinxs@aol.com>
**Cc:** Bill Hess <hess.b@comcast.net>; 'Antonio Colalillo' <acolalillo@titanmortgages.ca>; 'Patti Dixon' <dixonp@drprpusa.com>; seth.roman.young@gmail.com; 'medicalmarvels@yahoo.com' <medicalmarvels@yahoo.com>; 'Stephanie Sexauer' <sms@sexauerlaw.com>
**Subject:** RE: Copy of files re IntelliCell

Mr. Dollinger,

Your retainer agreement makes no mention distinguishing the difference between email correspondence and written correspondence, therefore unless specified, you indicate "all" correspondence in the retainer agreement.

Secondly, please note that my inclusion of Stephanie Sexauer in the correspondence does not in any way denote representation on her part or her firm's part. I am acting solely on my own behalf.

That said, she is somewhat bemused by your actions to date.

Kind regards,
Robert J. Sexauer
rsexauer@intermarkassociates.com

917.566.8019  Mobile
708.581.3170

-----Original Message-----
From: Robert Sexauer <rsexauer1@live.com>
To: Douglas R. Dollinger, ESQ. <drdlinxs@aol.com>; kcraig04 <kcraig04@gmail.com>
Cc: Bill Hess <hess.b@comcast.net>; Patti Dixon <dixonp@drprpusa.com>; seth.roman.young <seth.roman.young@gmail.com>; Antonio Colalillo <acolalillo@titanmortgages.ca>
Sent: Wed, **Apr 12, 2017 9:59 am**
Subject: Copy of files re IntelliCell

Dear Mr. Dollinger,

I have requested many, many times copies of all correspondence files regarding the case filed listing me as plaintiff against IntelliCell. To date, nothing has been received. I am very perplexed as to why. The original retainer agreement clearly states that copies of all pleadings and correspondences will be supplied at a .00 cost basis. I have not been notified of any material change in this agreement.

Please respond accordingly and try not to ignore this request as all my other requests have been ignored. Even though you withdrew as counsel in this case you still have responsibilities to fulfill as per the retainer agreement.

Further, as you indicated that Mr. Craig is "handling" the affairs of the firm in this case, can you please supply his credentials to practice law in the state of New York? I am intrigued by his role in this matter.

Also, can you provide the telephone contact number for your paralegal, Ms. Kerri O'Keefe. She has been listed in many correspondences, made direct promises regarding communication logs, and is germane to my follow up as a client in this matter.

Failure to respond in a meaningful way will result in complaints being filed in the state of New York regarding ethics violations and any other such agency deemed appropriate. This not intended to be a threat on any level but simply a statement of what the next steps are as you have consistently ignored my previous requests. You leave me no other viable options.

Regards,
Robert Sexauer


**5  Client's right to be provided with copies of correspondence and documents relating to the case, and to be kept apprised of the status of the case:**

a. We shall keep You informed of the status of Your case, and agree to explain the laws pertinent to Your situation, the available course of action, and the attendant risks. We shall notify You promptly of any developments in Your case, including court appearances, and will be available for meetings and telephone conversations with You at mutually convenient times.

b. We do insist that appointments be made for personal visits to our offices. Copies of all pleadings, correspondences will be supplied to You as they are
prepared (unless You request to the contrary), and You will be billed a reasonable photocopy charge (at present, .00 cents per page) for these materials.

Robert J. Sexauer
917-566-8019
rsexauer1@live.com

_____