*Law Offices of*
# SUSAN CHANA LASK

*244 Fifth Avenue, Suite 2369*
*New York, N.Y.  10001*

(917) 300-1958          www.appellate-brief.com

<u>**Via ECF**</u>
June 20, 2017

Honorable Loretta A. Preska
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>Karn v. Lask, # 15-09946</u>

Dear Judge Preska:

    Through the noise of Dollinger's letter #51, there is nothing therein preventing a motion to disqualify Mr. Craig of the Dollinger firm and oppose the Craig PHV, including for his unethical conduct.  In fact, that letter gives all the reason to file the motions.

    First, Dollinger's letter affirms again that Mr. Craig is an associate of the Dollinger firm.  N.Y.R.P.C. 1.18(c) provides for disqualification of all firm associates and members, which necessitates the motion I request.  Then he dedicates letter #51 to malign me and his and Mr. Craig's former *Intellicell* clients whom they abandoned rather than respond substantively.  His *Intellicell* client Robert Sexaur's June 20, 2017 Declaration certifies that Dollinger and Craig are of the same firm, committed numerous frauds, Dollinger uses fake identities, including "Kerri O'Keefe" to sign legal documents, and that ethics complaints are being filed against Dollinger and Craig contrary to Dollinger's denials (**Exhibit "A"**).  Notably, Dollinger never addresses who "Kerri O'Keefe" is.

    Finally, his filing #51 continues his frauds as he denies that Georgette Franzone worked for him since January, 2016, yet he filed letters in this court using her initials "GF" as his typist 9 months later in September, 2016 (**Exhibit "B"-**see highlighted lower left**).**  Again, this is as false as his prior letters to Your Honor denying that a Federal Court found him guilty of fraud and he continues to deny that fraud finding despite the actual decision and Keiko Sugisako, Esq. confirming the fraud (**Dkt. 37**).

    There is no basis in law or fact presented to deny my request to file a disqualification motion and opposition to the Craig *PHV* on July 31, 2017.  I respectfully request the court to "so order" this letter.   Thank you for your time in this matter.

                                       Very truly yours,
                                       **LAW OFFICES OF SUSAN CHANA LASK**

                                       /s Susan Chana Lask

                                       **SUSAN CHANA LASK**