*Law Offices of*
# SUSAN CHANA LASK

**244 Fifth Avenue, Suite 2369**
**New York, N.Y. 10001**

(917) 300-1958   www.appellate-brief.com

**Via ECF**

October 19, 2017

Honorable Loretta A. Preska
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10/20/17]

Re: <u>Karn v. Lask, # 15-09946</u>

Dear Judge Preska:

On October 18, 2017, I made the following request in my attached letter (**Exhibit "A"**):

"if the court declines to strike, then permit defendant to file a reply of 25 pages to address the 325 pages plaintiff filed and file a motion to strike the prohibited filing by November 3, 2017 with opposition November 9 and a reply November 16."

Today the court declined to strike the plaintiff's 19-page declaration with some 200 pages of exhibits and the extra 8 pages of plaintiff's brief (**Dkt. 93**). That excessive amount of documents and additional facts added in plaintiff's declaration is impossible to review and reply to in 7 days in a 10 page reply. Therefore, I requested an extension to reply before the time was up (**Exh. A**).

I am unsure what docket 93 means with respect to my request made pursuant to your rules for permission to move to strike and my reply.

<u>I am requesting again that the court grant permission to move to permit defendant to file (a) a reply of up to 20 pages to address the 325 pages plaintiff filed and (b) a motion to strike the prohibited filing, all by November 3, 2017 with opposition limited to the motion to strike by November 9 and a reply November 16.</u>

Very truly yours,
**LAW OFFICES OF SUSAN CHANA LASK**
/s Susan Chana Lask

**SUSAN CHANA LASK**

[Handwritten note from Judge:]
*Request for expansion of page limit and extension of time to file reply is denied. Considering Ms. Lask's letters and Mr. Craig's letter to be the motion, opposition and reply, the motion to strike is denied.*

[Signature] /s/ Loretta A. Preska   10/20/17
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE