

William T. McCaffery
Partner
wmccaffery@lbcclaw.com

Writer's Direct Dial
(516) 837-7369

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

October 9, 2018

*Via ECF Filing Only*

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Margaret Rhee-Karn v. Susan Chana Lask, Esq.,*
            *a/k/a Susan Lusk, a/k/a Susan Lesk*
            SDNY Docket No.  :     15-CV-09946 (LAP)
            Our File No.       :     3646-101840

Dear Judge Preska:

       The undersigned is co-counsel for the defendant, Susan Chana Lask, Esq., in this action. A Notice of Appearance was filed with the Court via ECF earlier today.

       By Order dated September 30, 2018, this Court decided defendant's pre-answer motion to dismiss. The last sentence of the Order directs the parties to advise the Court by October 9, 2018 how they propose to proceed. This letter is written in compliance with the Court's Order in this regard.

       Defendant intends to file a motion to reargue defendant's motion to dismiss, which was decided by this Court's Order of September 30, 2018, as it is verily believed that the Court overlooked or misapprehended material issues of fact and law in rendering its decision on defendant's pre-answer motion to dismiss. Pursuant to Local Rule 6.3, the motion to reargue is due to be served by Monday, October 15, 2018.

       Since defendant's pre-answer motion to dismiss was not granted in its entirety, pursuant to FRCP 12(a)(4), defendant's Answer to plaintiff's Third Amended Complaint is also due to be served by Monday, October 15, 2018. Defendant intends to serve an Answer to plaintiff's Third Amended Complaint along with discovery demands. Defendant will seek all necessary discovery and investigation to fully defend this action.

100 Eagle Rock Avenue, Suite 220, East Hanover, NJ 07936
T. 973.428.4824  F. 973.428.1036

Should the Court have any questions or wish to further discuss this case, please feel free to contact the undersigned.

Respectfully Submitted,

William T. McCaffery

cc: Kenneth W. Craig, Esq. (via ECF)
Susan Chana Lask, Esq.

