# The Roth Law Firm, PLLC

295 Madison Avenue, 22nd Floor
New York, NY 10017
Tel.: (212) 542 8882 Fax: (212) 542 8883
www.rrothlaw.com


August 7, 2019

**BY ECF**

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 906
New York, New York 10007

Re: Margaret Rhee-Kharn v. Susan Chana Lask, Case No.: 15-CV-9946 (AJN)

Dear Judge Nathan:

On July 29, 2019 our office filed a Notice of Appearance as co-counsel on behalf of Defendant Susan Chana Lask ("Lask"). *See* ECF Docket No.: 182. However, Ms. Lask formally terminated the attorney-client relationship with our office on Friday, August 2, 2019. Ms. Lask has advised us that she intends to retain new counsel shortly or, alternatively, to proceed with the case *pro se*. It should be noted that Ms. Lask is an attorney duly admitted to practice law in the Southern District of New York.

As such, we are respectfully requesting that an order be entered to reflect that our office is no longer co-counsel to Defendant Lask and, further, that the docket information in this matter be amended accordingly.

Thank you for Your Honor's consideration.

Respectfully submitted,

Richard A. Roth, Esq.