```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MARGARET RHEE-KARN,                      :
                                         :
                   Plaintiff,            :
            -v-                          :          15cv9946(DLC)
                                         :
SUSAN CHANA LASK, ESQ., A/K/A SUSAN      :          ORDER
LUSK, A/K/A SUSAN LESK,                  :
                                         :
                   Defendant.            :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2019

DENISE COTE, District Judge:

The plaintiff has brought two claims of legal malpractice against the defendant. The Honorable Loretta Preska having ordered on March 20, 2019, that discovery on plaintiff's claims conclude no later than September 27, and having also ordered that defendant's counterclaims be bifurcated from plaintiff's claims, it is hereby

ORDERED that any motion for summary judgment addressed to the plaintiff's claims of legal malpractice shall be filed by **October 18, 2019**. Any opposition to the summary judgment motion must be filed by **November 8**. A reply, if any, must be filed by **November 22**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the page limitations contained in this Court's Individual Practices in Civil Cases shall be followed in briefing any summary judgment motion. Thus, the parties' memoranda of law in support of and opposition to motions may not exceed 25 pages, and reply memoranda may not exceed 10 pages.

IT IS FURTHER ORDERED that in the event neither party files a summary judgment motion on October 18, the parties shall file on **October 18, 2019** the Joint Pretrial Order. As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law

addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

SO ORDERED:

Dated:   New York, New York

August 28, 2019

_____
DENISE COTE
United States District Judge