UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

MARGARET RHEE-KARN

                    Plaintiff,

  -against-

SUSAN CHANA LASK,

                    Defendant.

_____

SUSAN CHANA LASK,

                Counter -Plaintiff,

  -against-

MARGARET RHEE-KARN, KENNETH CRAIG
& DOUGLAS R. DOLLINGER,

                Counter-Defendants.

_____

SUSAN CHANA LASK,

              Third-Party Plaintiff,

  -against-

KENNETH CRAIG &
DOUGLAS R. DOLLINGER,

             **Third-Party Defendants.**

CIVIL ACTION
CASE NO. 15 cv 09946 (DLC)

NOTICE OF
VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(c), as no party served an answer, responsive pleading or moved for summary judgment, Counter-Plaintiff & Third-Party Plaintiff hereby voluntarily dismisses the counterclaims and third-party complaint as to all parties and in their entirety, without prejudice, which pursuant to FRCP 41 an order of this court is not necessary.

Dated:  March 27, 2020        Marshall Dennehey Warner Coleman & Goggin
         New York, NY            Attorneys for Counter-Plaintiff & Third-Party Plaintiff

                                   /s/ Howard B. Mankoff
                           By: _____
                               Howard B. Mankoff, Esq.
                               Telephone: 973-618-4118
                               E-mail: hbmankoff@mdwcg.com