UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
MARGARET RHEE-KARN

                      Plaintiff,

   -against-

SUSAN CHANA LASK,

                    Defendant.
_____

SUSAN CHANA LASK,

              Counter -Plaintiff,

   -against-

MARGARET RHEE-KARN, KENNETH CRAIG
& DOUGLAS R. DOLLINGER,

             Counter-Defendants.
_____

SUSAN CHANA LASK,

            Third-Party Plaintiff,

   -against-

KENNETH CRAIG &
DOUGLAS R. DOLLINGER,

            **Third-Party Defendants.**
_____

CIVIL ACTION
CASE NO. 15 cv 09946 (DLC)

NOTICE OF
VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

    Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and (c), as no party served an answer, responsive pleading or moved for summary judgment, Counter-Plaintiff & Third-Party Plaintiff Lask hereby voluntarily dismisses the counterclaims and third-party complaint as to all parties named, being Margaret Rhee-Karn, Douglas R, Dollinger and Kenneth Craig in the counterclaim and Third Party Complaint in their entirety, without prejudice, which pursuant to FRCP 41 an order of this court is not necessary.

                                 Marshall Dennehey Warner Coleman & Goggin
                                 Attorneys for Counter-Plaintiff & Third-Party Plaintiff

Dated:  March 27, 2020        /s/ Howard B. Mankoff
         New York, NY      By: _____
                                      Howard B. Mankoff, Esq.
                                      Telephone: 973-618-4118
                                      E-mail: hbmankoff@mdwcg.com