UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MARGARET RHEE-KARN,                       :
                                          :
                         Plaintiff,       :
              -v-                         :    15cv9946 (DLC)
                                          :
SUSAN CHANA LASK, ESQ., A/K/A SUSAN       :    ORDER
LUSK, A/K/A SUSAN LESK,                   :
                                          :
                         Defendant.       :
------------------------------------------X

DENISE COTE, District Judge:

On March 27, 2020, the defendant filed a letter with the Court reporting that counsel for the plaintiff, Kenneth Craig, died on February 17, 2020. On March 28, 2020, the defendant filed a notice of voluntary dismissal in connection with her counterclaims and third-party claims in this action. On March 30, Douglas Dollinger, Esq. requested that he be substituted for Kenneth Craig as counsel for the plaintiff. Accordingly, it is hereby

ORDERED that the defendant's counterclaims and third-party claims are dismissed without prejudice.

IT IS FURTHER ORDERED that, should Mr. Dollinger wish to appear in this action, he shall file a notice of appearance by **April 3, 2020.**

Dated:    New York, New York
          March 30, 2020

                                          _____
                                                  DENISE COTE
                                          United States District Judge