```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
MARGARET RHEE-KARN,                       :
                                          :
                        Plaintiff,        :
          -v-                             :    15cv9946 (DLC)
                                          :
SUSAN CHANA LASK, ESQ., A/K/A SUSAN       :    ORDER
LUSK, A/K/A SUSAN LESK,                   :
                                          :
                        Defendant.        :
-----------------------------------------X
```

DENISE COTE, District Judge:

On March 27, 2020, the defendant filed a letter with the Court reporting that counsel for the plaintiff, Kenneth Craig, died on February 17, 2020. On March 28, 2020, the defendant filed a notice of voluntary dismissal in connection with her counterclaims and third-party claims in this action. On March 30, Douglas Dollinger, Esq. requested that he be substituted for Kenneth Craig as counsel for the plaintiff. The same day, the defendant's counterclaims and third-party claims were dismissed without prejudice, and Douglas Dollinger was ordered to file a notice of appearance by April 3, 2020, should he wish to appear in this action. No such notice of appearance was filed. Accordingly, it is hereby

ORDERED that the Clerk of Court shall close this case.

Dated:    New York, New York
          April 6, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge