United States District Court
Southern District of New York_____

                                                                           File 15-cv-09946(DLC)

Margaret Rhee-Karn                    )                  **NOTICE OF APPEAL**
              Plaintiff/respondent )
v.                                          )

Susan Chana Lask,                  )
              Defendant/appellant)
_____

   Notice is hereby given that Susan Chana Lask, defendant/appellant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order granting summary judgment to plaintiff/respondent entered in this action on March, 4, 2020 and an order denying defendant/appellant's reconsideration motion of that order, entered in this action on March 24, 2020.

Dated: April 23, 2020                                  LAW OFFICE OF
                                                         SUSAN CHANA LASK
                                                         /s/ Susan Chana Lask_____
                                                         Counsel for Defendant /Appellant
                                                         244 Fifth Avenue, #2369
                                                         New York, NY 10001
                                                         Tel. 917-200-1958
                                                         E-mail: scl@appellate-brief.com

                                                         LAW OFFICE OF
                                                         JEFFREY ARLEN SPINNER

                                                         /s/ Jeffrey Arlen Spinner_____
                                                         Co-Counsel for Defendant /Appellant
                                                         35 Pinelawn Road, Suite 105E
                                                         Melville, NY 11747
                                                         Tel. (203) 570-6676
                                                         E-mail: retjcc@gmail.com

                                               Proof of Service

I, Susan Chana Lask, hereby certify under penalty of perjury that on April 23, 2020, pursuant to FRCP 5, I served a copy of this Notice of Appeal by United States mail to Margaret Rhee-Karn, 408 East 92nd Street, #22B, New York, NY 10128

                                                                       /s/ Susan Chana Lask_____