Law Office of
Douglas R. Dollinger, P.C.
& Associates, Counselors at Law
Admitted to Both
State and Federal Practice

Telephone
845.741.9363

Affiliated Offices
San Diego California
New York City New York

570 County Route 49
Middletown New York 10940
ddollingeresq@gmail.com

August 9, 2022

ECF Filing/Email Service
United States District Courthouse
500 Pearl Street
New York, New York 10007-1312
Attn: Chamber Hon. Denise Cote

Re: **Karn vs. Lask-Case No: 15-09946**

Your Honor:

After I filed my letter of August 8, 2022, I reviewed the ECF docket entries. I compared the filing and contacted the ECF Help Desk. It was discovered the account needed to be refreshed and I needed to be added as record counsel to receive ECF Notices.

I have reviewed the Ms. Lask letter. The content and her claims are inaccurate including that I am prohibited from practice before any federal or state court. More importantly, she fails to tell the Court the case she references in California is pending Appeal for a change in the law on all fours with the arguments presented in that case and discovery of the defense experts fraud on the Court. All telling is that defendants have not opposed the Appeal recognizing the false claims of their expert.

Finally, this case has no relationship to any prior case involving the defendant. In the case she references we had represented the same client and the court wanted to avoid a conflict for the client's benefit. In the face of Ms. Lask's extensive claims of wrongdoing, the magistrate went out of his way to point out of his way to point out I had done nothing wrong reacted to my handling of the case.

I apologize for any inconvenience and have verified ECF is now working properly and I withdraw my request to compel.

Respectfully,

*Douglas R. Dollinger, Esq.*
Douglas R. Dollinger, Esq.
DRD/mg
CC: S. Lask- ECF