```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
MARGARET RHEE-KARN,                      :    15cv9946 (DLC)
                                         :
                         Plaintiff,      :    ORDER
                                         :
              -v-                        :
                                         :
SUSAN CHANA LASK, ESQ., A/K/A SUSAN      :
LUSK, A/K/A SUSAN LESK,                  :
                                         :
                         Defendant.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On October 17, 2022 David S. Wilck submitted a letter stating that he and Avigael Fyman were substituted by Alexander M. Dudelson as counsel for the defendant. Wilck asked the Court to "so order" his letter. S.D.N.Y. Local Rule 1.4 provides that

> [a]n attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or charging lien. All applications to withdraw must be served upon the client and (unless excused by the Court) upon all other parties.

Accordingly, it is hereby

ORDERED that, should Wilck or Fyman wish to withdraw as counsel of record for defendant, they shall file an application to withdraw pursuant to S.D.N.Y. Local Rule 1.4.

Dated:   New York, New York
         October 17, 2022

                                    _____
                                            DENISE COTE
                                     United States District Judge