UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARGARET RHEE-KARN,                      :
                                         :    15cv9946 (DLC)
                           Plaintiff,    :
                                         :    ORDER
              -v-                        :
                                         :
SUSAN CHANA LASK, ESQ., A/K/A SUSAN      :
LUSK, A/K/A SUSAN LESK,                  :
                                         :
                           Defendant.    :
                                         :
----------------------------------------X

DENISE COTE, District Judge:

On July 29, the plaintiff represented to the Court that it intended to submit a motion for monetary damages based on defendant's invoices for the period of liability.  On August 2, the parties were referred for mediation to the Court-annexed Mediation Program to resolve any dispute regarding the amount of damages.  The Mediation Program having informed the Court that mediation was unsuccessful, it is hereby

ORDERED that, by October 24, the plaintiff shall file a document identifying the specific entries in defendant's invoices that plaintiff intends to rely on to establish damages.  By October 26, the defendant shall agree to plaintiff's identification of entries or file a document

specifying the entries disputed by defendant.

Dated: New York, New York
October 18, 2022

                                     _____
                                           DENISE COTE
                                  United States District Judge

2