LAW OFFICES OF
# ALEXANDER M. DUDELSON
26 COURT STREET - SUITE 2306
BROOKLYN, NEW YORK 11242
(718) 855-5100    FAX (718) 624-9552

ALEXANDER M. DUDELSON

OF COUNSEL
LOUIS R. ROSENTHAL
GEORGE H. VALLARIO, JR.

FABIAN G. PALOMINO
(1924 - 2014)

October 21, 2022

**VIA ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Denied.*

*Denise Cote*
*10/24/22*

Re:  *Rhee-Karn v. Lask*
     *Case No.: 15-cv-9946(DLG)*

Your Honor:

I am the attorney for the defendant in the above referenced matter. I am writing this letter on the consent of Douglas R. Dollinger, attorney for the plaintiff, to request an adjournment of the Status Conference currently scheduled for October 28, 2022.

On August 2, 2022, Your Honor referred this matter to mediation and set a motion schedule for a potential motion to disqualify plaintiff's counsel. The Order further directed that the parties appear for a Status Conference on October 28, 2022, if this matter was not resolved by mediation. On October 18, 2022, Your Honor issued the following Order:

> ORDER: The Mediation Program having informed the Court that mediation was unsuccessful, it is hereby ORDERED that, by October 24, the plaintiff shall file a document identifying the specific entries in defendant's invoices that plaintiff intends to rely on to establish damages. By October 26, the defendant shall agree to plaintiff's identification of entries or file a document specifying the entries disputed by defendant.

My client/co-counsel has been out of commission since September 28, 2022 due to being with her family for the holidays in Ft. Myers Beach, Florida, when the hurricane decimated the area and caused her injury. As a result, I requested a thirty day adjournment of the Status Conference from Mr. Dollinger. Mr. Dollinger consented to the adjournment, but requested that the appearance be after December 15, 2022 due to his schedule. This is the first time that any party requested an adjournment of the Status Conference. This adjournment request will not affect any other scheduled dates.

-1-

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Alexander M. Dudelson*

Alexander M. Dudelson

cc:
**Via ECF**
Douglas R. Dollinger, Esq.