USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARGARET RHEE-KARN,

                       Plaintiff,

           - against -

SUSAN CHANA LASK, ESQ., A/K/A SUSAN
LUSK, A/K/A SUSAN LESK,

                       Defendant.
-----------------------------------------------------------------X

15-CV-9946 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As the parties have consented to my jurisdiction for all purposes, a case management conference will be scheduled. Among other things, the Court expects to discuss the prospects for settlement and, absent settlement, the potential for resolving the matter by bench trial, particularly in light of the nature of the issue to be resolved and the amount at issue as compared to the costs, inefficiencies, and uncertainties of proceeding with a jury trial.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    December 1, 2022
             New York, New York

Copies transmitted this date to all counsel of record.