```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARGARET RHEE-KARN,                                         :
                                                            :         15-CV-9946 (RWL)
                                  Plaintiff,                :
                                                            :         ORDER
            - against -                                     :
                                                            :
SUSAN CHANA LASK, ESQ., A/K/A SUSAN                         :
LUSK, A/K/A SUSAN LESK,                                     :
                                                            :
                                  Defendant.                :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2023

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court held a case management conference on January 24, 2023. Based on the conference, the Court orders as follows:

1. By January 30, 2023, the parties shall file a letter providing any dates they are not available for trial of this matter during March, April, May, June, and July 2023.

2. The parties shall meet and confer to discuss whether they are amenable to proceeding with a bench trial instead of a jury and, by February 7, 2023, shall notify the Court by letter as to whether or not there is agreement. If the parties do not agree, trial will be by jury, and the letter should not indicate who favored which kind of trial. To the extent the parties disagree, however, they should consider and discuss any potential stipulations or other mechanisms that would alleviate any concerns about proceeding by the alternative. In assessing their options, the parties should also keep in mind that the trial will be solely on the issues of damages as liability already has been established.

3. The parties shall also meet and confer as to whether they believe it would be productive to hold a settlement conference and, by February 7, 2023, shall notify the Court in the same letter described above whether they mutually desire to do so. If the

parties do not agree, the letter shall so indicate without further description of either party's position. If the parties agree that a settlement conference would be productive, they shall indicate whether they prefer referral to the district mediation program, a settlement conference with myself, or a settlement conference with another Magistrate Judge.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    January 25, 2023
          New York, New York

Copies transmitted this date to all counsel of record.