*Law Office of*
*Douglas R. Dollinger, P.C.*
*& Associates, Counselors at Law*
*Admitted to Both*
*State and Federal Practice*

*Telephone*
845.741.9363

*Affiliated Offices*
San Diego California
New York City New York

570 County Route 49
Middletown, New York 10940
ddollingeresq@gmail.com

February 7, 2023

United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
Attn: Magistrate Judge Robert W. Lehrburger

Re: Rhee-Karn v. Lask
Case No:1:15-cv-09946-RWL

Your Honor:

I am in receipt of the Defendant's Response of February 3, 2023 (DE293). I will not waste this Court's time related to the content of Attorney Dudelson letter concerning my health causing a delay in this case, other than to point out the case has been pending since 2015, such that the docket proves the delays have been caused by the Defendant herself.

Based on the claims presented by Mr. Dudelson, Plaintiff would ask the Court to exercise its wisdom in determining how it will proceed. Although, I do believe a sworn declaration by Ms. Lask herself concerning her need to be out of state for medical reasons from March thru June 2023, and that she is not practicing law or assisting other counsel in an appeal or case preparation in any jurisdiction in either state or federal court, a sworn declaration is warranted.

I am also in receipt of the Defendant's letter of this date, February 7, 2023 (DE294) requesting the Court allow her to seek sanctions against Plaintiff for claimed harassment, wherein Plaintiff allegedly contacted Defendant's client. I will discuss the matter with the Plaintiff and investigate the claims. Noteworthy, there is no claim that the Plaintiff made contact or attempted to make contact directly with the Defendant. It would also appear, despite the claims of witness tampering and other legal arguments, even if the statements were made by Plaintiff, they are true and nothing more than an expression of Plaintiff's First Amendment Right to express herself. However, I will admonish the Plaintiff about any future communications.

Turning to the Court's Order (DE288) directing Counsel to meet and confer on certain matters. Despite two emails January 30, 2023, and February 3, 2023, requesting compliance with the Order, my office has not been contacted to resolve the issues presented in the Order. Under the circumstances, please accept my letter as compliance with the Order and a request for further direction.

Respectfully,
*Douglas R. Dollinger, Esq.*
Douglas R. Dollinger, Esq.

DRD/mg
ECF Filed.