```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARGARET RHEE-KARN,                             :
                                                :
                        Plaintiff,              :          15-CV-9946 (RWL)
                                                :
        - against -                             :              ORDER
                                                :
                                                :
SUSAN CHANA LASK, ESQ., A/K/A SUSAN             :
LUSK, A/K/A SUSAN LESK,                         :
                                                :
                        Defendant.              :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court having taken account of the parties' dates of availability, trial of this case will start on **July 25, 2023** at 9:30 a.m. in Courtroom 18D.  The parties must review and adhere to Judge Lehrburger's individual rules for trials.  All pre-trial order materials and jury materials (proposed voir dire, requests to charge, and verdict form) required by Judge Lehrburger's rules shall be filed by **March 20, 2023**.  Motions in limine shall be filed by **March 27, 2023**.  Responses to motions in limine shall be filed by **April 10, 2023**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   February 10, 2023
         New York, New York

Copies transmitted this date to all counsel of record.