```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARGARET RHEE-KARN,               :
                                  :           15-CV-9946 (RWL)
              Plaintiff,          :
                                  :           **ORDER**
        - against -               :
                                  :
SUSAN CHANA LASK, ESQ., A/K/A SUSAN  :
LUSK, A/K/A SUSAN LESK,           :
                                  :
              Defendant.          :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is referring this matter to Magistrate Judge Sarah L. Cave for a settlement conference to take place before the end of March 2023. Judge Cave will conduct a telephone conference in advance of the settlement conference. The parties shall cooperate with each other and Judge Cave's chambers to schedule the conferences. The parties shall also review and adhere to Judge Cave's standing order concerning settlement conferences available on the SDNY website.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   February 10, 2023
         New York, New York

Copies transmitted this date to all counsel of record.

1