LAW OFFICES OF
# ALEXANDER M. DUDELSON

26 COURT STREET - SUITE 2306
BROOKLYN, NEW YORK 11242
(718) 855-5100    FAX (718) 624-9552

ALEXANDER M. DUDELSON

OF COUNSEL
LOUIS R. ROSENTHAL
GEORGE H. VALLARIO, JR.

FABIAN G. PALOMINO
(1924 - 2014)

March 17, 2023

**VIA ECF**
Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2023

Re:   *Rhee-Karn v. Lask*
      Case No.: 15-cv-9946(DLG)

Your Honor:

    I am counsel for defendant Susan Lask and write this letter with the consent of plaintiff's counsel.

    The parties request an extension of time regarding your February 10, 2023 Order scheduling pre-trial information. After your Order issued, the parties entered into a settlement schedule with Magistrate Cave that directed settlement schedules simultaneous to your pre-trial schedule, with a March 31 settlement conference. While the parties are in settlement, defendant offered plaintiff a 14-day extension of the dates in your Order and plaintiff's counsel responded today that he would like 30 days. Considering plaintiff's response, the parties respectfully request this letter so ordered as follows:

    The February 10, 2023 Order schedule is amended from March 20 to April 19, 2023 for jury materials, March 27 to April 26 for in limine motions and response by May 9. The trial date will not be disturbed.

    Thank you for your consideration.

Very truly yours,

/s/ *Alexander M. Dudelson*
Alexander M. Dudelson

**Via ECF:**
Douglas R. Dollinger, Esq.

Granted.

SO ORDERED:

3/20/2023    _____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE