UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARGARET RHEE-KARN,                          :
                                             :
                          Plaintiff,         :
                                             :
              - against -                    :
                                             :
SUSAN CHANA LASK, ESQ., A/K/A SUSAN          :
LUSK, A/K/A SUSAN LESK,                      :
                                             :
                          Defendant.         :
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2023

15-CV-9946 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order addresses the barrage of letters filed by the parties at Dkts. 316 to 326, precipitated by Defendant's letter requesting to make a motion for sanctions, disqualification, and dismissal in light of Plaintiff's failure to timely provide material for the pretrial order and jury materials required to be filed on April 19, 2023.

      The correspondence of both parties, particularly that of Plaintiff's counsel and the Defendant herself, displays a degree of unprofessionalism ill befitting attorneys appearing in this court.  Much of the correspondence is riddled with typographical errors, but even more concerning are the repeated ad hominin attacks and liberties taken with the portrayal of past events.  As to the specific issue that instigated this most recent melee, it is plain that Plaintiff's counsel did not fulfill his obligation to timely prepare and provide to defense counsel the pretrial filings due on April 19, 2023.  Rather, it appears that Plaintiff's counsel only thought to act after defense counsel made an inquiry.  Then, Plaintiff's counsel filed a slap-dash partial pretrial filing, only to be followed by unilaterally prepared and submitted jury materials that included references to content having nothing to do with this case (such as referencing "his section 1983 claim" even though there is no

1

male plaintiff and there is no section 1983 claim; and damages for "mental anguish and emotional distress" even though the only damages at issue are legal fees).

Defendant's request to file the proposed motions is denied without prejudice to seeking potential monetary sanctions at the conclusion of the case.  However, there is no basis for moving to disqualify Plaintiff's at this late juncture in the litigation; nor is there a basis to dismiss the case.  If either party believes there are ethical issues to be addressed, she can raise them with the appropriate grievance committee.

The parties shall meet and confer and cooperate in preparing and jointly filing the pretrial order and jury materials, the deadline for which is extended to April 27, 2023.

Finally, the parties must follow this Court's individual rules of practice, including but not limited to the content and quantity of correspondence concerning letter motions.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     April 20, 2023
           New York, New York

Copies transmitted this date to all counsel of record.