```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARGARET RHEE-KARN,                          :
                                             :           15-CV-9946 (RWL)
                              Plaintiff,     :
                                             :           ORDER
              - against -                    :
                                             :
SUSAN CHANA LASK, ESQ., A/K/A SUSAN          :
LUSK, A/K/A SUSAN LESK,                      :
                                             :
                              Defendant.     :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

No later than May 15, 2023, Defendant shall file a letter from a treating doctor explaining Ms. Lask's health issues and why she is medically unfit to travel until July 2023. By that same date, Defendant shall also file a declaration identifying the city and state where Ms. Lask currently is located; the date when she first became unfit to travel; and the dates, destinations, and mode of any travel in which she has engaged since then. The doctor's letter may be filed under seal, but a redacted copy shall be filed on the public record.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    May 11, 2023
          New York, New York

Copies transmitted this date to all counsel of record.

1