```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARGARET RHEE-KARN,                              :
                                                 :      15-CV-9946 (RWL)
                              Plaintiff,         :
                                                 :      ORDER
        - against -                              :
                                                 :
SUSAN CHANA LASK, ESQ., A/K/A SUSAN              :
LUSK, A/K/A SUSAN LESK,                          :
                                                 :
                              Defendant.         :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the pre-trial conference held on July 24, 2023:

1. Trial has been adjourned due to an evidentiary matter, specifically in regard to Defendant's Exhibit 6. Plaintiff and Defendant shall cooperate in addressing Plaintiff's questions in regard to the exhibit. By August 3, 2023, the parties shall meet and confer and file a status report addressing (1) the Exhibit 6 issue, and (2) black-out dates for rescheduling the trial during the months of September, October, November, and December 2023.

2. Defendant's objections were sustained as to various subjects on Plaintiff's Supplemental Witness Disclosure as well as to Plaintiff's Exhibits. The following exhibits are excluded in their entirety: 1, 4-8, 10, 16, 18-21, 25-29, and 32. Exhibit 2 is admissible except for the last page containing two emails, which is excluded. Exhibit 3 is admissible only with respect to the cover and pages 19-20.

3. Defendant may not argue or present evidence that Plaintiff would have filed the First and Second Federal Actions regardless of advice provided by Defendant.

4. The Court will revise the jury instructions to include the relevant time period for the jury's consideration of fees in connection with determining damages.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   July 24, 2023
         New York, New York

Copies transmitted this date to all counsel of record.