USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARGARET RHEE-KARN,                              :
                                                 :
                            Plaintiff,           :
                                                 :
               - against -                       :
                                                 :
SUSAN CHANA LASK, ESQ., A/K/A SUSAN              :
LUSK, A/K/A SUSAN LESK,                          :
                                                 :
                            Defendant.           :
------------------------------------------------------------------X

15-CV-9946 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Defendant's Trial Exhibit 6, which was discussed at the final
pre-trial conference and is the subject of the parties' letters at Dkts. 406-408.  At both the
pre-trial conference and in his August 7, 2023 letter (Dkt. 407), Plaintiff's counsel makes
purely speculative allegations that email correspondence – by which the documents at
Exhibit 6 were transmitted to his predecessor during discovery – was fabricated by
Defendant.  Plaintiff's counsel has not provided even a scintilla of evidence to support
those allegations.  Plaintiff's counsel nevertheless seeks to file a motion on September
30, 2023 to strike the documents at issue based on his fabrication theory.  There is no
good faith basis to proceed with such a motion.  Moreover, the application seeks
discovery on discovery, which is generally frowned upon.  Such discovery here will be a
particularly wasteful distraction and is disproportional to the needs of the case.  The
application is DENIED.

However, the Court will allow Plaintiff to depose Defendant about the contents of
Exhibit 6 inasmuch as Plaintiff's counsel genuinely seemed to have no familiarity with or
knowledge about the document until the eve of trial.  The deposition may be conducted

1

remotely and shall be limited to 2 hours.  Plaintiff may not ask questions at the deposition regarding when, how, if, or any other aspect of the extent to which Exhibit 6 was produced during discovery.  The deposition must be completed by October 15, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      August 9, 2023
            New York, New York

Copies transmitted this date to all counsel of record.