```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARGARET RHEE-KARN,

            Plaintiff,

    - against -

SUSAN CHANA LASK, ESQ., A/K/A SUSAN
LUSK, A/K/A SUSAN LESK,

            Defendant.
-------------------------------------------------------------X

15-CV-9946 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Pursuant to the joint request of the parties (Dkt. 426), and further information having been provided about the parties' and counsel's health, the trial currently scheduled to take place in December 2023 is ADJOURNED. Trial will be rescheduled for May or later 2024.

                               SO ORDERED.

                               _____
                               ROBERT W. LEHRBURGER
                               UNITED STATES MAGISTRATE JUDGE

Dated:    November 27, 2023
            New York, New York

Copies transmitted this date to all counsel of record.