```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARGARET RHEE-KARN,  :
                    :
            Plaintiff,  :
                    :
    - against -     :
                    :
SUSAN CHANA LASK, ESQ., A/K/A SUSAN  :
LUSK, A/K/A SUSAN LESK,  :
                    :
            Defendant.  :
-----------------------------------------------------------------X

15-CV-9946 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By letter dated April 1, 2024, Defendant has asked for yet another adjournment of the trial date on the basis that she cannot travel due to a medical condition. Defendant has submitted a letter from a doctor to that effect but which also states that Defendant is "unfit to work as she cannot provide any oration under these circumstances." By April 9, 2024, Defendant shall submit to the Court a sworn declaration or affidavit from the doctor who wrote the letter attesting to its truth and accuracy; alternatively, Defendant may submit a modified letter from the doctor, also sworn to under oath by the doctor in a declaration or affidavit, attesting to its truth and accuracy.

.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    April 2, 2024
          New York, New York
Copies transmitted this date to all counsel of record.

1