# KEAHON, FLEISCHER & FERRANTE
### ATTORNEYS AT LAW
1393 VETERANS MEMORIAL HIGHWAY - SUITE 312 NORTH
HAUPPAUGE, NY 11788
WWW.KEAHONLAW.COM

William J. Keahon
Craig J. Fleischer
Joseph J. Ferrante

TELEPHONE: (631) 361-5360
TELECOPIER: (631) 361-5365
Keahonpc@hotmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2024
```

April 1, 2024

**VIA ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The Court having received a sworn statement from Ms. Lask's medical provider supporting Ms. Lask's request for an adjournment, the request is granted. The Court will issue a separate order rescheduling the trial date and pre-trial conference date.
>
> SO ORDERED:
>
> 4/3/2024  /s/ Robert W. Lehrburger
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

Re: <u>Rhee-Karn v. Lask</u>, SDNY No. 15-cv-9946 (RWL)

Dear Judge Lehrburger:

   I am trial counsel for Defendant, Ms. Lask, and write this letter with Plaintiff's counsel's consent.

   Today I received Ms. Lask's medical report that her treatment will end July 16, 2024 and she is medically unfit to travel and attend trial, among other things that are HIPAA protected. Plaintiff's counsel, Mr. Dollinger, has consented to adjourn trial any time after July16 based on a supported medical report. I am simultaneously e-mailing the court the confidential medical report for *in camera* review.

   We respectfully request a date for a pre-trial conference and trial any time after July 16, 2024, allowing at least a week for me to prepare my client after July 16 and before the trial.

                                        Respectfully,
                                        Keahon, Fleischer & Ferrante

                                        /s/ Joseph Ferrante