UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARGARET RHEE-KARN,                                :
                                                                          :         15-CV-9946 (RWL)
                              Plaintiff,                              :
                                                                          :         **ORDER**
              - against -                                            :
                                                                          :
SUSAN CHANA LASK, ESQ., A/K/A SUSAN      :
LUSK, A/K/A SUSAN LESK,                              :
                                                                          :
                              Defendant.                          :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

　　This order follows up on the final pre-trial conference held on July 31, 2024 to address a matter that was not discussed at the conference. Unless rebuttal testimony is warranted, each of the two witnesses shall testify only once. For example, if, Plaintiff calls Defendant as an adverse witness, defense counsel's examination of Defendant may go beyond the direct to include what would otherwise be direct examination if called to testify on her own behalf; defense counsel should not forego questioning and then expect to call Defendant anew after the Plaintiff rests. Similarly, in cross-examining Plaintiff, defense counsel may go beyond direct to address anything defense counsel planned to ask if calling Plaintiff as an adverse witness for Defendant's case.

　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　ROBERT W. LEHRBURGER
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated:　　July 31, 2024
　　　　　　New York, New York
Copies transmitted this date to all counsel of record.

1