**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
**MARGARET RHEE-KARN,**

                         **Plaintiff,**               **15 Civ. 9946 (RWL)**

        **-against-**                                 **JURY VERDICT FORM**

**SUSAN CHANA LASK,**

                         **Defendant.**
-------------------------------------------------------------X

Answer these questions based on the evidence and the Court's instructions on the

law.  All jurors must agree on the answer to each question.

1.      What amount of damages, if any, do you find were caused by Defendant Lask's
        malpractice with respect to the First Federal Action?

        $  40,300

Foreperson, please sign and date this Jury Verdict Form and advise the Court by note

that you have reached a verdict and are ready to return to the courtroom to announce it.

Dated:      New York, New York
            August ___, 2024

                                          _____
                                          JURY FOREPERSON

Bernadette Garcia    8/8/24

Jenn M Carpenter    8/8/24

Wendy Rubin    8/8/24

Reza Zarin    8/8/24

Sarah Shipman    8/8/24

Afferro    8/8/24

K Miller    8/8/24