*Law Office of*
*Douglas R. Dollinger, P.C.*
*& Associates, Counselors at Law*

Admitted to Both
State and Federal Practice

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/26/2024

Telephone
845.741.9363

Affiliated Offices
San Fransisco California
New York City New York

570 County Route 49
Middletown, New York 10940
ddollingeresq@gmail.com

August 25, 2024

United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007-1312
Attn: Magistrate Judge Robert W. Lehrburger

Re: Lask v Rhee-Karn et al, Docket 15-cv-9946 RWL

Your Honor:

    After going over the transcripts in this matter, and after a review of the Court's post-trial orders, Plaintiff and the undersigned are requesting that the Court issue an order limiting the content of the motion submissions, in other words, no more personal attacks.

    Plaintiff will not present content or argument on her requests for legal fees, sanctions and other matters outside the facts related to this case and beyond the Discovery Documents, the Court's Docket or the Trial Testimony.

    We ask that your Honor order the Defendant to restrict her facts, claims and arguments to the same level of professional conduct.

Respectfully,

*Douglas R. Dollinger, Esq.*
Douglas R. Dollinger, Esq.

DRD/mg ECF filed.

Denied. The Court expects all counsel to act professionally, ethically, and with due regard for the limited resources of the Court.

SO ORDERED:

08/26/2024

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE