```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARGARET RHEE-KARN,                          :
                                             :              15-CV-9946 (RWL)
                        Plaintiff,           :
                                             :              ORDER
        - against -                          :
                                             :
SUSAN CHANA LASK, ESQ., A/K/A SUSAN          :
LUSK, A/K/A SUSAN LESK,                      :
                                             :
                        Defendant.           :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's request at Dkt. 485 for what would be the sixth extension of time to file post-trial motions is DENIED for several reasons. First, the Court's previous extension, issued on October 26, 2024, was clear: "No further extensions." (Dkt. 484.) Second, the reason proffered for the request is dubious – the attorney's fees sought are those to be recovered by the Plaintiff Ms. Rhee-Karn; they are not the attorney's "personal property" to be recovered by Mr. Craig's estate. Third, there is no valid reason why Plaintiff could not and did not pursue the information sought until recently. Fourth, Plaintiff counsel's suggestion that all previous extensions were at the urging of Defendant is belied by the record: two of the previous five applications, although submitted by Defendant, indicated they were made at Plaintiff's request: once due to a death in the family and the other due to travel. (*See* Dkts. 480, 484.) Plaintiff never submitted anything in response to the contrary.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   December 6, 2024
         New York, New York