*Law Office of*
*Douglas R. Dollinger, P.C.*
*& Associates, Counselors at Law*
*Admitted to Both*
*State and Federal Practice*

Telephone
845.741.9363

Affiliated Offices
San Fransisco California
New York City New York

570 County Route 49
Middletown, New York 10940
ddollingeresq@gmail.com

December 6, 2024

United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007-1312
Attn: Magistrate Judge Robert W. Lehrburger

                                                Re: Lask v Rhee-Karn et al, Docket 15-cv-9946 RWL

Your Honor:

    I am in receipt of the Court's Order denying the enlargement and take exception to the Court's findings. Ms. Craig was unable to properly respond because she was undergoing chemotherapy but was adamant of her wanting to present the fee claims. I will conform the Motion and remove the claims asserted on behalf of Mrs. Craig as administrator of Mr. Craig's Estate. (ECF 495 & 489).

    This will change calculation and other matters presented in the Motion's attachments. Under the circumstances, for good cause I am requesting until Monday December 9, 2024, to submit the Motion for legal fees restricting them to the window of only those claims asserted by my office. Many of the arguments are intertwined with Mr. Craig's submission which I will now eliminate from the Memorandum.

    I have served a copy of my request to Ms. Lask as the request is from an order her consent is not necessary.

                                                  Respectfully,

                                                  *Douglas R. Dollinger, Esq.*
                                                  Douglas R. Dollinger, Esq.

DRD/mg ECF filed.

                                                  Granted.

                                                  SO ORDERED:

                                                  12/6/2024

                                                  HON. ROBERT W. LEHRBURGER
                                                  UNITED STATES MAGISTRATE JUDGE