# Law Offices of
# SUSAN CHANA LASK

**244 Fifth Avenue, Suite 2369**
**New York, N.Y. 10001**

(917) 300-1958    www.appellate-brief.com

> Granted. Plaintiff's filing at Dkt. 519, which adds nothing of substance, is an improper sur-sur-reply. Dkt. 519 is deemed stricken from the record.
>
> SO ORDERED:
>
> 4/2/2025
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

<u>**VIA ECF**</u>

March 27, 2025

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Rhee-Karn v. Lask</u>, Case No.: 15-cv-9946

Dear Magistrate Judge Lehrburger:

This office represents the defendant in the above-captioned matter, and respectfully requests the court strike *sua sponte* Plaintiff's filing at docket 519 as a prohibited sur-sur-reply.

On December 29, 2022, Plaintiff filed a motion for legal fees and on January 25, 2025, Defendant filed opposition. DE 494, 500. After Plaintiff filed a February 19, 2025 reply raising new matter, this court granted Defendant's request to file a sur-reply that was filed March 7, 2025. DE 503, 505.

The problem here is that on March 11, 2025, Plaintiff filed a sur-sur-reply without permission and prohibited by law and this court's rules. DE 519. I ask that the court "So Order" this letter that DE 519 is stricken as I believe a motion to strike would waste more valuable court time and defendant's counsel's time. Nor does a motion appear to be needed considering the obvious impropriety of the sur-sur-reply.

Thank you for your time.

Very truly yours,

**LAW OFFICES OF SUSAN CHANA LASK**

/s/ Susan Chana Lask
**SUSAN CHANA LASK**

1