UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
MARGARET RHEE-KARN,

                  Plaintiff,      :      15-CV-9946 (RWL)

     - against -

                                                     **JUDGMENT**

SUSAN CHANA LASK, ESQ.,

                  Defendant.
----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Judgment is hereby entered in favor of Plaintiff Margaret Rhee-Karn as against Defendant Susan Chana Lask in the amount of:

1. $40,300.00, plus

2. Prejudgment interest pursuant to NY CPLR § 5004 at the rate of 9% starting December 16, 2012, to the date of judgment, plus

3. Post-judgment interest pursuant to 28 U.S.C. § 1961 at the rate prescribed therein.

                                                            SO ORDERED.

                                                            _____
                                                            ROBERT W. LEHRBURGER
                                                            UNITED STATES MAGISTRATE JUDGE

Dated: July 17, 2025
       New York, New York

Copies transmitted on this date to all counsel of record.

1