*Law Offices of*
# SUSAN CHANA LASK

*244 Fifth Avenue, Suite 2369*
*New York, N.Y. 10001*

(917) 300-1958                               www.appellate-brief.com

**VIA ECF**

July 30, 2025

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Granted. Any motion for reconsideration must be filed by August 2, 2025.
>
> SO ORDERED:
> 7/31/2025  /s/
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

Re: Rhee-Karn v. Lask, Case No.: 15-cv-9946

Dear Magistrate Lehrburger:

This office represents the defendant. This letter requests a brief two-day extension for a reconsideration motion of the July 17, 2025 judgment. The due date for the motion is July 31 and I request until Saturday August 2 for good cause. I have been sick since last Saturday with a bacterial infection that got worse the past few days, with severe headaches and the medication for it causes drowsiness - making me unable to work this week. I was unable to get this letter in before today as I was out sick. Also, I awaited adversary counsel's consent that I requested earlier today. He has not yet responded.

There has not been a prior extension request, and this brief two-day extension will not prejudice anyone.

Defendant respectfully requests this letter so ordered for a brief two-day extension to August 2 so I may file a brief reconsideration.

Very truly yours,

**LAW OFFICES OF SUSAN CHANA LASK**

/s Susan Chana Lask
**SUSAN CHANA LASK**

1