*Law Offices of*
## SUSAN CHANA LASK

***244 Fifth Avenue, Suite 2369***
***New York, N.Y. 10001***

(917) 300-1958        www.appellate-brief.com

**VIA ECF**

August 1, 2025

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Rhee-Karn v. Lask, Case No.: 15-cv-9946</u>

Dear Magistrate Lehrburger:

    Thank you for granting my prior request for an extension to August 2, 2025, to file the motion for reconsideration. Unfortunately, although I believed I was recovering yesterday, I experienced a significant relapse last night of heavy sweating and other things that left me unable to rest or work effectively.

    Accordingly, I respectfully request a brief additional extension to Monday, August 4, 2025, to allow me to complete the submission over the weekend. I do not anticipate the filing will be lengthy, and as the intervening days fall over a weekend, this brief extension would cause no prejudice to any party.

    I appreciate the Court's consideration and apologize for the inconvenience. I remain committed to submitting the motion promptly by Monday.

    On another note, a motion was filed a few days ago by Plaintiff. I ask the court to please await my response that should be by next week as well.

                                             Very truly yours,

                                             **LAW OFFICES OF SUSAN CHANA LASK**

                                             <u>/s Susan Chana Lask</u>
                                             **SUSAN CHANA LASK**