# EXHIBIT A

**Full docket text for document 2:**
MEMORANDUM; the parties are advised that the firm in which my husband is a partner, Cahill Gordon & Reindel, from time to time represents Sony Music Entertainment Inc. and various affiliates and that my husband works on those matters . ( signed by Judge Loretta A. Preska ); Copies mailed. (kkc) Modified on 09/20/2001

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/02/2025 20:21:16 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:01-cv-07775-LAP |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**1:01-cv-07775-LAP** Campoverde, et al v. Sony Pictures, et al
Loretta A. Preska, presiding
**Date filed:** 08/20/2001
**Date terminated:** 01/16/2003
**Date of last filing:** 03/03/2003

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
|  | *Filed:* *Entered:* | 08/20/2001 08/21/2001 | Case Designation |
| 1 | *Filed:* *Entered:* | 08/20/2001 08/21/2001 | Complaint |
| 2 | *Filed:* *Entered:* | 09/19/2001 09/20/2001 | Order |
| 3 | *Filed:* *Entered:* | 10/18/2001 10/23/2001 | Affidavit of Service Complaints |
| 4 | *Filed:* *Entered:* | 10/30/2001 10/31/2001 | Order |
| 5 | *Filed:* *Entered:* | 11/08/2001 11/09/2001 | Endorsed Letter |
| 6 | *Filed:* *Entered:* *Terminated:* | 11/19/2001 11/21/2001 09/30/2002 | Motion to Dismiss |
| 7 | *Filed:* *Entered:* | 11/20/2001 11/21/2001 | Memorandum of Law in Support of Motion |
| 8 | *Filed:* *Entered:* | 12/17/2001 12/18/2001 | Endorsed Letter |
| 9 | *Filed:* *Entered:* | 01/08/2002 01/10/2002 | Order |
| 10 | *Filed:* *Entered:* | 01/11/2002 01/23/2002 | Memorandum of Law in Support of Motion |
| 11 | *Filed:* *Entered:* | 01/11/2002 01/23/2002 | Affirmation |
| 12 | *Filed:* *Entered:* | 01/25/2002 01/29/2002 | Reply Memorandum of Law |
| 13 | *Filed:* *Entered:* | 09/30/2002 10/03/2002 | Order |
| 14 | *Filed:* | 10/07/2002 | Case Management Plan |

|    |                       |            |                                 |
|----|-----------------------|------------|---------------------------------|
|    | *Entered:*            | 10/08/2002 |                                 |
| 15 | *Filed:*              | 10/18/2002 | 🌐 Rule 1.9 Certificate         |
|    | *Entered:*            | 10/24/2002 |                                 |
| 16 | *Filed:*              | 10/18/2002 | 🌐 Answer to Complaint          |
|    | *Entered:*            | 10/24/2002 |                                 |
|    | *Terminated:*         | 01/16/2003 |                                 |
|    | *Filed:*              | 01/16/2003 | 🌐 Terminated Case              |
|    | *Entered:*            | 01/22/2003 |                                 |
| 17 | *Filed:*              | 01/16/2003 | 🌐 Order                        |
|    | *Entered:*            | 01/22/2003 |                                 |
| 18 | *Filed:*              | 02/14/2003 | 🌐 Order                        |
|    | *Entered:*            | 02/19/2003 |                                 |
| 19 | *Filed:*              | 02/14/2003 | 🌐 Order                        |
|    | *Entered:*            | 02/20/2003 |                                 |
| 20 | *Filed:*              | 02/25/2003 | 🌐 Stipulation and Order of Dismissal |
|    | *Entered:*            | 02/26/2003 |                                 |
| 21 | *Filed & Entered:*    | 03/03/2003 | 🌐 Transcript                   |

| PACER Service Center |  |  |  |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/02/2025 20:21:01 | | | |
| **PACER Login:** |  | **Client Code:** |  |
| **Description:** | History/Documents | **Search Criteria:** | 1:01-cv-07775-LAP |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |