# EXHIBIT F



# Former Judicial Clerks

**Austin Bramwell**

Partner | Trust & Estates | New York

Hon. Timothy M. Tymkovich, US Court of Appeals for the Tenth Circuit

**Matthew Brod**

Partner | Financial Restructuring | New York

Hon. Andrew J. Peck, US District Court for the Southern District of New York

**Patrick S. Campbell**

Partner | Transportation and Space | Washington, DC

Hon. Judith W. Rogers, US Court of Appeals for the District of Columbia Circuit

**Olivia S. Choe**

Partner | Litigation & Arbitration | Washington, DC

Hon. John M. Walker, Jr., US Court of Appeals for the Second Circuit

Hon. Rya W. Zobel, US District Court for the District of Massachusetts

**Benjamin Fidler**

Partner | Corporate | New York

Hon. Ralph K. Winter, US Court of Appeals for the Second Circuit

### Casey T. Fleck

Partner | Corporate | Los Angeles

Hon. Charles E. Wiggins, US Court of Appeals for the Ninth Circuit

### Will Havemann

Partner | Litigation & Arbitration | Washington, DC

Justice Stephen Breyer, Supreme Court of the United States

Hon. Diana Gribbon Motz, US Court of Appeals for the Fourth Circuit

### Nola B. Heller

Partner | Litigation & Arbitration | New York

Hon. Reena Raggi, US Court of Appeals for the Second Circuit

Hon. Michael B. Mukasey, US District Court for the Southern District of New York

### Robert C. Hora

Partner | Litigation & Arbitration | New York

Hon. Roslyn O. Silver, US District Court for the District of Arizona

### Neal Katyal

Partner | Litigation & Arbitration | Washington, DC

Hon. Justice Stephen G. Breyer, Supreme Court of the United States

Hon. Guido Calabresi, US Court of Appeals for the Second Circuit

### Matthew Laroche

Partner | Litigation & Arbitration | New York

Hon. Richard C. Wesley, US Court of Appeals for the Second Circuit

### Alexander Lees

Partner | Litigation & Arbitration | New York

Hon. Debra A. Livingston, US Court of Appeals for the Second Circuit

Hon. Lewis A. Kaplan, US District Court for the Southern District of New York

## Grant R. Mainland

Partner | Litigation & Arbitration | New York

Hon. Pierre N. Leval, US Court of Appeals for the Second Circuit

## Stacey J. Rappaport

Partner | Litigation & Arbitration | New York

Hon. Loretta A. Preska, US District Court for the Southern District of New York

## Colleen Roh Sinzdak

Partner | Litigation & Arbitration | Washington, DC

Chief Justice John Roberts, Supreme Court of the United States

Hon. Merrick Garland, US Court of Appeals for the District of Columbia

## Jed Schwartz

Partner | Litigation & Arbitration | New York

Hon. P. Kevin Castel, US District Court for the Southern District of New York

## Alan Stone

Consulting Partner | Litigation & Arbitration | New York

Hon. Andrew G.T. Moore II, Formerly of the Delaware Supreme Court

## Jane L. Hanson

Of Counsel | Litigation & Arbitration | New York

Hon. Beverly S. Cohen, New York State Supreme Court

## John J. Hughes III

Special Counsel | Litigation & Arbitration | New York

Hon. Stephen F. Williams, US Court of Appeals for the District of Columbia Circuit

Hon. Debra A. Livingston, US Court of Appeals for the Second Circuit

## Anastasia Pastan

Special Counsel | Litigation & Arbitration | Washington DC

Hon. Debra Ann Livingston, US Court of Appeals for the Second Circuit

Hon. Vince Chhabria, US District Court for the Northern District of California

## Benjamin Schak

Special Counsel | Financial Restructuring | New York

Hon. Naomi Reice Buchwald, US District Court for the Southern District of New York

## Mark Villaverde

Special Counsel | Litigation & Arbitration | Los Angeles

Hon. William J. Martini, US District Court for the District of New Jersey

## Kristina Alekseyeva

Associate | Litigation & Arbitration | Washington, DC

Hon. Henry F. Floyd, US Court of Appeals for the Fourth Circuit

Hon. Ann M. Donnelly, US District Court for the Eastern District of New York

## Rosa Baum

Associate | Litigation & Arbitration | Washington, DC

Hon. William Hood III, Colorado State Supreme Court

## Jeremy Butt

Associate | Litigation & Arbitration | New York

Hon. Michael J. Moldaver, Supreme Court of Canada

Hon. David Doherty, Court of Appeal for Ontario

Hon. Grant Huscroft, Court of Appeal for Ontario

Hon. Gary T. Trotter, Court of Appeal for Ontario

## Ariadne Ellsworth

Associate | Litigation & Arbitration | New York

Hon. Eunice C. Lee, US Court of Appeals for the Second Circuit

## Peter Farag

Associate | Litigation & Arbitration | New York

Hon. William J. Martini, US District Court for the District of New Jersey

## Bridget Golob

Associate | Transportation and Space | Washington, DC

Hon. Timothy M. Reif, US Court of International Trade

## Elizabeth Hamilton

Associate | Litigation & Arbitration | New York

Hon. Elizabeth S. Chestney, US District Court for the Western District of Texas

## Victor Hollenberg

Associate | Litigation & Arbitration | New York

Hon. William M. Conley, US District Court for the Western District of Wisconsin

## Samantha Ilagan

Associate | Litigation & Arbitration | Washington, DC

Hon. Thomas L. Kirsch II, US Court of Appeals for the Seventh Circuit

## Allison Kempf

Associate | Litigation & Arbitration | New York

Hon. Eric R. Komitee, US District Court for the Eastern District of New York

## Healy Ko

Associate | Litigation & Arbitration | New York

Hon. Victor Marrero, US District Court for the Southern District of New York

## Jonathan Lamberti

Associate | Litigation & Arbitration | New York

Hon. Peter W. Hall, US Court of Appeals for the Second Circuit

## Ezra Louvis

Associate | Litigation & Arbitration | Washington, DC

Hon. Kenneth M. Karas, US District Court for the Southern District of New York

## James McIntyre

Associate | Financial Restructuring | New York

Hon. Frank Bailey, US Bankruptcy Court for the District of Massachusetts

Hon. Marvin Isgur, US Bankruptcy Court for the Southern District of Texas

## Mariella Montplaisir Bazan

Associate | Litigation & Arbitration | New York

Hon. Thomas Cromwell, Supreme Court of Canada

Hon. Malcolm Rowe, Supreme Court of Canada

Hon. Claude Champagne, Superior Court of Quebec

## Isabel Pitaro

Associate | Litigation & Arbitration | New York

Hon. Hector Gonzalez, US District Court for the Eastern District of New York

## Carl Rizzi

Associate | Litigation & Arbitration | New York

Hon. Raymond W. Gruender, US Court of Appeals for the Eighth Circuit

Hon. Paul A. Crotty, US District Court for the Southern District of New York

## Emily Scarisbrick Weisberg

Associate | Litigation & Arbitration | New York

Hon. Jane A. Restani, US Court of International Trade

## Karen Wong

Associate | Litigation & Arbitration | New York

Hon. Stewart Dalzell, US District Court for the Eastern District of Pennsylvania

# PROVEN
# EXCELLENCE
## FORMER LAW CLERKS AT MORRIS JAMES

Over 40% of the attorneys at Morris James have served as judicial clerks or externs. These are highly competitive positions reserved for attorneys who demonstrate exceptional qualifications and reliability, underscoring the outstanding caliber of our legal team and our profound understanding of the judicial process. The insights gained

from this service are invaluable to our clients and our team at Morris James.

# FEDERAL COURTS

## UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE

**Kenneth L. Dorsney**, The Honorable Mary Pat Thynge, The Honorable Kent A. Jordan

**Rebecca E. Tuozzolo**, The Honorable Sherry R. Fallon

**Eric J. Monzo**, The Honorable Mary Pat Thynge

## UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA

**Albert H. Manwaring IV**, The Honorable Franklin S. Van Antwerpen

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS

**Douglas N. Candeub**, The Honorable Robert M. Hill

## UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE

**Jason S. Levin**, The Honorable Kevin Gross

**Jeffrey R. Waxman**, The Honorable Mary F. Walrath

## UNITED STATES BANKRUPTCY COURT, WESTERN DISTRICT OF NEW YORK

**Jeffrey R. Waxman**, The Honorable Michael J. Kaplan

# STATE COURTS

## DELAWARE SUPREME COURT

**Siena Cerra**, The Honorable William C. Carpenter, Jr.

**Barnaby Grzaslewicz**, The Honorable Robert B. Young

**Kevin G. Healy**, The Honorable Clarence Taylor and The Honorable Vincent Poppiti

**Ryan T. Keating**, The Honorable M. Jane Brady (Law Clerk & Judicial Intern)

**Joshua H. Meyeroff**, The Honorable Peggy L. Ableman

**Alena Smith**, The Honorable William L. Witham, Jr.

**Justin K. Weeks**, The Honorable Jeffrey J. Clark

**Tyler J. Maron**

**Alyssa G. Meldrum**

## DELAWARE COURT OF CHANCERY

**Bryan Townsend**, The Honorable William B. Chandler

III, The Honorable Vincent Popitti

## DELAWARE COURT OF COMMON PLEAS

**Michelle Bounds**

## DELAWARE FAMILY COURT

**R. Eric Hacker**

## SUPERIOR COURT OF PENNSYLVANIA

**Tara Pakrouh**, The Honorable Jack A. Panella, The Honorable Susan Peikes Gantman

Contact Former Judicial Clerks 8/3/25, 4:49 PM

# HUNTON

# Contact Former Judicial Clerks

Many of our attorneys have served as judicial clerks for the United States Supreme Court, Courts of Appeal, District Courts, and the highest state appellate courts across the nation.

The following attorneys are eager to discuss the many benefits that clerkships hold. Please feel free to contact them.

Fernando C. Alonso : US District Court, Southern District of New York

Jason M. Beach : US District Court, Middle District of Georgia

John R. Bobka : Appellate Court of Maryland

Lawrence J. Bracken II: US District Court, Eastern District of Virginia

Elizabeth K. Brightwell : US District Court, Eastern District of Virginia

Karma B. Brown : United States Court of Federal Claims

Tyler P. Brown : Supreme Court of Virginia

Joseph W. Buoni : US Bankruptcy Court, Southern District of Texas; US Court of Appeals, Fifth Circuit

Matthew J. Calvert : US Court of Appeals, Fifth Circuit

Alex Chumbley : US District Court, Western District of Kentucky

Whittington W. Clement : US District Court, Eastern District of Virginia

Samuel A. Danon : US District Court, Southern District of Florida

Barry R. Davidson : US District Court, Southern District of Florida

Timothy G. Decker : United States Court of Federal Claims

John J. Delionado : US District Court, Southern District of Florida

Lawrence K. DeMeo : Massachusetts Superior Court

Stephen P. Demm : US District Court, Eastern District of Virginia

Kimberlee W. DeWitt : US Court of Appeals, Eleventh Circuit

Nicholas Drews : US District Court, Eastern District of Virginia

Brit Mohler Dufilho : US District Court, Eastern District of Virginia

Maya M. Eckstein : US Court of Appeals, Fourth Circuit

Tara L. Elgie : US Bankruptcy Court, Eastern District of Virginia

Kevin S. Elliker : US Court of Appeals, Fourth Circuit; US District Court, Eastern District of Virginia

Anthony J. Eppert : US Court of Appeals, Sixth Circuit

Kelly L. Faglioni : Supreme Court of Virginia

R. Dennis Fairbanks : Connecticut Supreme Court; US Court of Appeals, Fourth Circuit

Andrew Feiner : US District Court, Eastern District of New York

Edward J. Fuhr : US Court of Appeals, Sixth Circuit

Neil K. Gilman : US Court of Appeals, District of Columbia Circuit

James A. Glasgow : US Court of Appeals, Ninth Circuit

Blake Grow : United States Court of Federal Claims

Philip M. Guffy : US Bankruptcy Court, Eastern District of New York

Ashley L. Harper : US Bankruptcy Court, Southern District of Texas

David C. Hiltebrand : US Bankruptcy Court, Eastern District of Virginia

George C. Howell, III: US District Court, Eastern District of Virginia

Jamie Zysk Isani : US District Court, Southern District of Florida

Ryan T. Ketchum : Supreme Court of Virginia

M. Christine Klein : US Court of Appeals, Ninth Circuit

Andrew S. Koelz : Circuit Court of Rockingham County; US District Court, Northern District of Georgia

Leslie W. Kostyshak : US District Court, Eastern District of Virginia

Perie Reiko Koyama : US District Court, District of Maryland

J. Pierce Lamberson : US Court of Appeals, Sixth Circuit

Tyler S. Laughinghouse : US District Court, Western District of Virginia

Charlotte Leszinske : District Court of Prince George's County, Maryland

Elbert Lin : Supreme Court of the United States; US Court of Appeals, Eleventh Circuit; US District Court, District of Massachusetts

Tina Locatelli : US Court of Appeals, Eleventh Circuit

Nash E. Long : US District Court, Middle District of North Carolina

Abigail M. Lyle : US District Court, Southern District of Florida

Kimberly C. MacLeod : Supreme Court of Virginia

Eric R. Markus : US District Court, Eastern District of Pennsylvania

Jeffrey N. Martin : US District Court, District of Columbia

Marshall J. Mattera : US District Court, Southern District of Florida

John Gary Maynard, III: US District Court, Middle District of Florida

Gray Moeller : Alaska Superior Court

Nicholas Monico : US Bankruptcy Court, Eastern District of Virginia

Ann Marie Mortimer : US District Court, Central District of California

Rachel W. Northup : Supreme Court of Virginia

Lonnie D. Nunley, III: US District Court, Western District of Virginia

John D. O'Neill, Jr.: US District Court, Eastern District of Virginia

Justin F. Paget : US Bankruptcy Court, Eastern District of Virginia

Alex D. Pappas : US District Court, Northern District of Illinois

David Parker : US Court of Appeals, Third Circuit

J. Steven Patterson : US Court of Appeals, Second Circuit

Erica N. Peterson : US Court of Appeals, Eleventh Circuit

Lewis F. Powell III: US District Court, Eastern District of Virginia

Shawn Patrick Regan : US District Court, Southern District of New York

Sona Rewari : US District Court, Middle District of Pennsylvania

Robin Russell : Supreme Court of Texas

Joseph J. Saltarelli : US District Court, Southern District of New York

John R. Schneider : US District Court, Northern District of Georgia

Tom Schulte : US District Court, Southern District of Florida

Michael R. Shebelskie : US Court of Appeals, Eleventh Circuit

John Lee Shepherd, Jr.: US Court of Appeals, District of Columbia Circuit

Susan L. Shin : US District Court, Eastern District of New York

George P. Sibley, III: US Court of Appeals, Fourth Circuit; US District Court, Eastern District of Virginia

Kendal A. Sibley : US Court of Appeals, Fourth Circuit

Paul N. Silverstein : US District Court, Southern District of New York

J.R. Smith : US Bankruptcy Court, Eastern District of Virginia

Taylor Spillers : US District Court, Western District of Missouri

Daniel Stefany : Eastern District of Virginia; Fourth Circuit Court of Appeals

Nicholas D. Stellakis : Massachusetts Appeals Court; Massachusetts Superior Court; Supreme Judicial Court of Massachusetts

Jacob J. Struck : Massachusetts Superior Court

C. Randolph Sullivan : US District Court, Eastern District of Virginia

Katherine Tanzola : Montana Supreme Court

David Arthur Terry : 68th District Court of Texas

Linda Trees : Court of Appeals of Virginia

Laura Thayer Wagner : US District Court, Northern District of Florida

Greg Waller : US Court of Appeals, Fifth Circuit

Evan Warshauer : New Jersey Superior Court

Kevin J. White : US District Court, Western District of Texas

Amy McDaniel Williams : US District Court, Southern District of Georgia

Holly H. Williamson : US Court of Appeals, 5th Circuit

Brian A. Wright : US District Court, Western District of Virginia

Jennifer E. Wuebker : US Bankruptcy Court, Western District of Texas

# CLEARY GOTTLIEB

# John A. Kupiec
## Partner

**New York**
T: +1 212 225 2160
jkupiec@cgsh.com

---

John Kupiec's practice focuses on mergers and acquisitions and other corporate matters, including cross-border transactions.

His practice is multidisciplinary, focusing on difficult and unique situations that require critical thinking and practical solutions for private equity sponsors, public companies, REITs, and hedge funds.

John represents both buyers and sellers on public and private acquisitions, unsolicited bids, divestitures, joint ventures, bankruptcy and distressed transactions, and other transactions spanning a variety of industry sectors. In addition, he represents financial sponsors on leveraged buyouts, growth equity investments, take-private transactions, platform investments, minority stakes, and portfolio company matters.

He also advises clients on securities law, corporate governance, and shareholder activism defense.

John joined the firm in 2021.

NOTABLE EXPERIENCE (INCLUDING THOSE PRIOR TO JOINING CLEARY)

### Private Equity Matters

- Sixth Street in its $5.1 billion acquisition of Enstar and in a number of investments, including those into the San Antonio Spurs NBA franchise, Milan Laser, Mindbody, Fullsteam, and Emplifi.

Sponsor Solutions
Real Estate
Special Purpose Acquisition Companies
Sports

CLERKSHIPS

**Honorable Bruce M. Selya**
*U.S. Court of Appeals for the First Circuit*

**Honorable Loretta A. Preska**
*U.S. District Court for the Southern District of New York*

HONORS AND DISTINCTIONS

**Legal 500 U.S.**
Private Equity Buyouts

**IFLR 1000**
Mergers and Acquisitions

**Super Lawyers**
Rising Star

EDUCATION

**Boston College Law School**
*J.D.*
*summa cum laude; first in class; Editor in Chief, Boston College Law Review*

**Dartmouth College**
*A.B.*

BAR ADMISSIONS

**Massachusetts**

**New York**



Attorney Advertising.

© 2025 Cleary Gottlieb Steen & Hamilton LLP