*Law Offices of*
# SUSAN CHANA LASK

***244 Fifth Avenue, Suite 2369***
***New York, N.Y.  10001***

(917)  300-1958          www.appellate-brief.com

**VIA ECF**

August 6, 2025

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Rhee-Karn v. Lask, Case No.: 15-cv-9946</u>

Dear Magistrate Judge Lehrburger:

    I am writing to insure compliance with the Federal rules regarding the pending reconsideration motion.  I saw on my phone a notice that Plaintiff filed opposition today.  I am in the middle of other matters and cannot download or review that filing today; however, Local Cv R 6.1(b) directs reply papers in seven days, as reflected also in Defendant's Notice of Motion.

    Considering the important constitutional and other issues, I request the court await the reply and also for oral argument on the motion.  If oral argument is denied, the court must at a minimum await the reply before a ruling.

                                              Very truly yours,

                                              **LAW OFFICES OF SUSAN CHANA LASK**

                                              <u>/s Susan Chana Lask</u>
                                              **SUSAN CHANA LASK**