## Law Offices of
# SUSAN CHANA LASK

*244 Fifth Avenue, Suite 2369*
*New York, N.Y. 10001*

(917) 300-1958                                                       www.appellate-brief.com

**VIA ECF**

August 6, 2025

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Reply due by Aug. 13, 2025. The Court will let the parties know if oral argument is needed.
>
> SO ORDERED:
>
> 8/6/2025   /s/
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

Re: Rhee-Karn v. Lask, Case No.: 15-cv-9946

Dear Magistrate Judge Lehrburger:

    I am writing to insure compliance with the Federal rules regarding the pending reconsideration motion. I saw on my phone a notice that Plaintiff filed opposition today. I am in the middle of other matters and cannot download or review that filing today; however, Local Cv R 6.1(b) directs reply papers in seven days, as reflected also in Defendant's Notice of Motion.

    Considering the important constitutional and other issues, I request the court await the reply and also for oral argument on the motion. If oral argument is denied, the court must at a minimum await the reply before a ruling.

Very truly yours,

**LAW OFFICES OF SUSAN CHANA LASK**

/s Susan Chana Lask
**SUSAN CHANA LASK**