*Law Offices of*
## SUSAN CHANA LASK

***244 Fifth Avenue, Suite 2369***
***New York, N.Y.  10001***

(917) 300-1958                    www.appellate-brief.com

**VIA ECF**

August 7, 2025

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re: Rhee-Karn v. Lask, Case No.: 15-cv-9946

Dear Magistrate Judge Lehrburger:

    I am writing to ensure compliance with the Federal and Local rules regarding Plaintiff's motion at DE 526.  I earlier notified the court opposition will be filed. It is due August 13, 2025 per Local Cv R 6.1(b) and will be filed by then

                Very truly yours,

      **LAW OFFICES OF SUSAN CHANA LASK**

       /s Susan Chana Lask
      **SUSAN CHANA LASK**

# EXHIBIT A

Susan Chana Lask <susanchanalask@gmail.com>     Jan 7 2025 11:19 AM (49 minutes ago)
to ESQ.

Let me know this morning as I am scheduling medical appointments.
I suggest the following:
oppos due January 9, extension to January 24
replies due January 20, extension to February 6

DOUGLAS DOLLINGER     11:59 AM (9 minutes ago)
to me

Susan please schedule what you need I will accommodate anything for medical needs so you have my consent to the dates you proposed.
D Dollinger Esq.
Sent from my iPhone