UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARGARET RHEE KARN

                 Plaintiff,

v.

SUSAN CHANA LASK,

                 Defendant

CIVIL ACTION NO: 15-CV-9946 (RWL)

NOTICE OF MOTION TO STRIKE PLAINTIFF'S DECLARATION

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated August 12, 2025, and all prior proceedings, submissions, and matters of record, Defendant Susan Chana Lask will move this Court, before Magistrate Judge Robert Lehrburger, United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order:

1. Striking Plaintiff's Declaration at DE 532, on the grounds that it contains statements not based on personal knowledge (Fed. R. Evid. 602), inadmissible hearsay (Fed. R. Evid. 802), improper legal conclusions, and argument, and in violation of Local Civil Rule 7.1;

2. Directing that such improper material be disregarded for purposes of adjudicating Plaintiff's Motion for Reconsideration; and

3. Granting such other and further relief as the Court deems just and proper.

    PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.3, any opposing memoranda shall be served within fourteen (14) days after service of this motion, and any reply memoranda shall be served within seven (7) days thereafter.

Dated: August 12, 2025

LAW OFFICES OF SUSAN CHANA LASK

/s/ Susan Chana Lask
Susan Chana Lask, Esq.
*Counsel for Defendant*
244 Fifth Avenue, Suite 2369
New York, NY 10001
917. 300-1958
susanchanalask@gmail.com