UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARGARET RHEE KARN

                CIVIL ACTION NO: 15-CV-9946 (RWL)

        Plaintiff,

v.                           NOTICE OF FILING
                                SUPERSEDEAS BOND

SUSAN CHANA LASK,

                Defendant

---

    Notice is hereby given that Defendant Lask gives notice that, pursuant to Federal Rule of Civil Procedure 62(b), filed a supersedeas bond with respect to her appeal to the United States Court of Appeals for the Second Circuit, from the Order entered July 17, 2025, as security for the judgment entered in this action.

    Accordingly, the filing of this supersedeas bond is in the exact amount Plaintiff requests in her motion at DE 526, thereby rendering Plaintiff's motion moot.

    A true and correct copy of the supersedeas bond is attached hereto as Exhibit A.

Dated: August 12, 2025

                                              Law Offices of Susan Chana Lask

                                              /s/Susan Chana Lask
                                              Susan Chana Lask, Esq.
                                              244 Fifth Avenue, #2369
                                              New York, NY 10001
                                              (917) 300-1958

                                              *Counsel for Defendant*