*Law Offices of*
## SUSAN CHANA LASK

***244 Fifth Avenue, Suite 2369***
***New York, N.Y.  10001***

**(917) 300-1958**                                    www.appellate-brief.com

**VIA ECF**

August 13, 2025

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

               Re:  Rhee-Karn v. Lask, Case No.: 15-cv-9946
                       Emergency Request for Immediate Approval of
                       <u>Supersedeas Bond and Stay of Execution</u>

Dear Magistrate Lehrburger:

    Defendant respectfully requests immediate approval of the supersedeas bond filed August 12, 2025 (DE 538) and entry of a stay of execution. The bond exactly matches the amount sought in Plaintiff's Rule 59(e) motion (DE 526). Today I asked Plaintiff to withdraw that motion but have not yet received a response (Ex. A).

    The judgment was entered July 17, 2025, and the 30-day automatic stay under FRCP 62(a) expires August 16, 2025. Without prompt approval and a Rule 62(b) stay, there is a risk of execution before the Court rules—despite my full compliance with Plaintiff's requested bond. Such execution would contradict Plaintiff's own position and cause unnecessary prejudice.

    Although both parties have filed Rule 59(e) motions tolling the appeal deadline, I have, out of caution, also filed a notice of appeal with protective language.

    Under FRCP 62(b) and the Court's inherent authority, the Court may approve the bond now and order an immediate stay to prevent prejudice and inconsistent positions. Accordingly, I request that the Court approve the bond forthwith and enter the proposed order attached as Exhibit B, providing for a continuous stay from the expiration of the Rule 62(a) period through the conclusion of appellate proceedings.

                                             Very truly yours,

                                             **LAW OFFICES OF SUSAN CHANA LASK**

                                             <u>/s Susan Chana Lask</u>
                                             **SUSAN CHANA LASK**