# EXHIBIT A

From: **Susan Chana Lask** <susanchanalask@gmail.com>
Date: Thu, Jul 17, 2025 at 9:21 PM
Subject: 7 17 25 SL-DD Stay Karn/Lask
To: Douglas R. Dollinger, ESQ. <drdlinxs@aol.com>
Cc: adesq <adesq@aol.com>

**Notice Regarding Rule 62(a) Automatic Stay of Enforcement**

Please be advised that under Federal Rule of Civil Procedure 62(a), the judgment entered July 17, 2025 is subject to a 30-day automatic stay of execution and enforcement:

*"Except as provided in Rule 62(c) and (d), execution on a judgment and proceedings to enforce it are stayed for 30 days after its entry, unless the court orders otherwise."* (Fed. R. Civ. P. 62(a)).

Accordingly, no enforcement action may be lawfully initiated until August 16, 2025. Any attempt to enforce the judgment before that date would be in violation of Rule 62(a).

Should you believe you have authority to act otherwise, please advise immediately in writing. Otherwise, please govern yourselves accordingly.

--
**Susan Chana Lask, Esq.**
www.appellate-brief.com
917.300-1958

---------- Forwarded message ---------
From: **Douglas R. Dollinger, ESQ.** <drdlinxs@aol.com>
Date: Mon, Jul 21, 2025 at 11:41 AM
Subject: Re: 7 17 25 SL-DD Stay Karn/Lask
To: Susan Chana Lask <susanchanalask@gmail.com>


Plaintiff is filing a motion to lif teh stay and for an bond of $94,000 plus. The motion will be filed today. July 21, 2025.

---------- Forwarded message ---------
From: **Susan Chana Lask** <susanchanalask@gmail.com>
Date: Mon, Jul 21, 2025 at 11:52 AM
Subject: Re: 7 17 25 SL-DD Stay Karn/Lask
To: Douglas R. Dollinger, ESQ. <drdlinxs@aol.com>

before you file, are you saying that you are seeking to lift a bond for $94,000 or you seek a bond for $94,000?

---------- Forwarded message ---------
From: **Douglas R. Dollinger, ESQ.** <drdlinxs@aol.com>
Date: Mon, Jul 21, 2025 at 11:55 AM
Subject: Re: 7 17 25 SL-DD Stay Karn/Lask
To: Susan Chana Lask <susanchanalask@gmail.com>

Plaintiff is purssing her right o have you post a bond and otther turnover proceedings.
_____-

--------- Forwarded message ---------
From: **Susan Chana Lask** <susanchanalask@gmail.com>
Date: Mon, Jul 21, 2025 at 11:58 AM
Subject: Re: 7 17 25 SL-DD Stay Karn/Lask
To: Douglas R. Dollinger, ESQ. <drdlinxs@aol.com>

Your motion would be frivolous because the purpose of the stay is for a bond, which is what I am obtaining. That is also automatic.
Thus, there is no motion needed.
To avoid a non-meritorious motion, you can simply agree to the bond obtained within the stay period.

From: **Douglas R. Dollinger, ESQ.** <drdlinxs@aol.com>
Date: Mon, Jul 21, 2025 at 12:28 PM
Subject: Re: 7 17 25 SL-DD Stay Karn/Lask
To: Susan Chana Lask <susanchanalask@gmail.com>

The motion is necessary for multiple reasons. Thank you.