*Law Offices of*
### SUSAN CHANA LASK

***244 Fifth Avenue, Suite 2369***
***New York, N.Y.  10001***

**(917)  300-1958**                                     www.appellate-brief.com

**VIA ECF**

August 18, 2025

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:  Rhee-Karn v. Lask, Case No.: 15-cv-9946
                   Request for Sur-reply to Clear the Record

Dear Magistrate Lehrburger:

  Please accept this letter correcting a typo at DE 547 filed Augusy 18, 2025 as shown in **bold** below:

"Plaintiff now replies with further misrepresentations, claiming Defendant "conflates" pre- Verdict with post-judgment interest, when in fact Plaintiff's own memorandum demanded **post verdict** interest at state rates in violation of controlling federal law. **DE 542** at MOL p. 4."

That should read as follows:

"Plaintiff now replies with further misrepresentations, claiming Defendant "conflates" pre- Verdict with post-judgment interest, when in fact Plaintiff's own memorandum demanded **post judgment** interest at state rates in violation of controlling federal law. **DE 526** at MOL p. 4."

                Very truly yours,

                **LAW OFFICES OF SUSAN CHANA LASK**

                <u>/s Susan Chana Lask</u>
                **SUSAN CHANA LASK**