```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARGARET RHEE-KARN,                       :
                                          :
                        Plaintiff,        :      15-CV-9946 (RWL)
                                          :
            - against -                   :
                                          :      JUDGMENT (AMENDED)
SUSAN CHANA LASK, ESQ.,                   :
                                          :
                        Defendant.        :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Judgment is hereby entered in favor of Plaintiff Margaret Rhee-Karn as against Defendant Susan Chana Lask in the amount of:

1. $40,300.00, plus

2. Prejudgment interest pursuant to NY CPLR § 5004 at the rate of 9% per annum starting December 16, 2012, through July 17, 2025, in the amount of $45,680.33,[1] plus

3. Post-judgment interest pursuant to 28 U.S.C. § 1961 at a rate of 4.08%.[2]

---

[1] The prejudgment interest total is calculated first by deriving the number of days between December 16, 2012 through and including July 17, 2025 (4,597). That figure is then multiplied by the daily interest rate (9% divided by 365), which is in turn multiplied by the judgment amount ($40,300.00). *See Kuruwa v. Meyers*, 823 F. Supp.2d 253, 261 (S.D.N.Y. 2011).

[2] This rate reflects the weekly average one-year constant maturity Treasury yield published by the Board of Governors the week preceding the date the Judgment was entered. *See* https://fred.stlouisfed.org/release/tables?rid=18&eid=290&od=2025-07-11#.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 26, 2025
New York, New York

Copies transmitted on this date to all counsel of record.