UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARGARET RHEE-KARN,                :
                           :
                  Plaintiff,      :          15-CV-9946 (RWL)
                           :
      - against -             :
                           :          **ORDER**
SUSAN CHANA LASK, ESQ.,      :
                           :
                  Defendant.    :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Ms. Lask's request at Dkt. 553 for further redactions to the Court's Decision and Order on post-trial motions is DENIED.  The two references to "stalking" the Judge, her family, and former staff members, in context, are neither false nor misleading; nor are they in any way a sanction.  The first reference, on page 43, accurately describes what Plaintiff "complains" of.  The second reference, on page 45, accurately describes Judge Preska's recusal order, the relevant language of which is quoted in full and expressly calls out Judge Preska's view of Lask's actions, including investigating chambers and making accusations about stock owned by Judge Preska's husband, that led Judge Preska to refer the matter to the United States Marshal.  (There is no reference to the quoted language on page 46 as Lask asserts.)

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     August 27, 2025
          New York, New York

Copies transmitted this date to all counsel of record.