*Law Offices of*
# SUSAN CHANA LASK

**244 Fifth Avenue, Suite 2369**
**New York, N.Y. 10001**

(917) 300-1958                                                                www.appellate-brief.com

**VIA ECF**

August 27, 2025

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: Rhee-Karn v. Lask, Case No.: 15-cv-9946
           Letter to Clarify Record Regarding Recusal References

Dear Magistrate Lehrburger:

   I appreciate the Court's revision but write only to keep the record clear, and do not seek further relief or to reargue here

   To clarify, Judge Preska's recusal order was issued without a hearing, and any reference to her "family" for so-called "stalking" is false. My recent motion explains that her husband's legal affiliation in a prior case I had before Judge Preska was what *she disclosed* as a potential conflict in that case pursuant to her oath in 1992. Exhibit A – Hammond recusal- see highlighted page.  To connect that to "stalking" is wrong, no matter who "complains".  Finally, as the docket shows, there was one recusal letter requesting to file a recusal motion then a reply letter, in that same sequence, to Plaintiff's *ex parte* filing.

   I believe the Court appreciates the importance of clearing the record, especially as Plaintiff has contacted counsel in my other cases of mine to spread Judge Preska's order around to harm me, my clients and my cases. Exhibit C -Attorney Fallon deposition testimony -he was contacted by Dollinger to use the Preska order against me, Exhibit D-Attorney Fallon letter to court retracting his use of Preska's order after discovering it occurred without a hearing and the true facts.

                                Very truly yours,

                              **LAW OFFICES OF SUSAN CHANA LASK**

                              /s Susan Chana Lask
                             **SUSAN CHANA LASK**