# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 27, 2025
```

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of August, two thousand twenty-five.

_____

Margaret Rhee−Karn,

        Plaintiff-counter-defendant - Appellee,

v.

Susan Chana Lask, AKA Susan Lusk, AKA Susan Lesk, Esq.,

        Defendant-third-party-plaintiff - Appellant,

Douglas Richard Dollinger, Kenneth Craig,

        Third-Party-Defendants.

_____

**ORDER**

Docket No. 25-1971

On August 15, 2025, the Court issued a notice, pursuant to Fed. R. App. P. 4(a)(4), staying this appeal due to pending motions in the district court. The district court having decided the motions in orders dated August 26, 2025,

IT IS ORDERED that the stay of this appeal is hereby lifted.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/27/2025