*Law Offices of*
## SUSAN CHANA LASK

***244 Fifth Avenue, Suite 2369***
***New York, N.Y.  10001***

**(917) 300-1958**                                                         www.appellate-brief.com

**VIA ECF**

September 26, 2025

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Rhee-Karn v. Lask, Case No.: 15-cv-9946

Dear Magistrate Judge Lehrburger:

   I respectfully request until Monday afternoon, September 29, 2025, to provide a concise reply to Plaintiff's letter filed today (ECF 559). It contains misstatements of fact and case law that require correction so the Court is not misled and the record not distorted.

   The Supreme Court warns that court files must not become "reservoirs of libelous statements." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978); see also *United States v. Amodeo*, 71 F.3d 1044, 1050–51 (2d Cir. 1995). Given the seriousness of the misrepresentations, and the renewed reputational harm and threats of criminal action in a civil case, I respectfully ask that the Court defer action on ECF 559 until my reply is filed, which will conserve judicial resources by demonstrating that Plaintiff's latest demands are patently false.

                                                            Very truly yours,

                                                            **LAW OFFICES OF SUSAN CHANA LASK**

                                                             /s Susan Chana Lask
                                                            **SUSAN CHANA LASK**