*Law Office of*
*Douglas R. Dollinger, P.C.*
*& Associates, Counselors at Law*
*Admitted to Both*
*State and Federal Practice*

*Telephone*
845.741.9363

*Affiliated Offices*
San Francisco California
New York City New York

570 County Route 49
Middletown, New York 10940
ddollingeresq@gmail.com

November 4, 2025

Hon. Robert W. Lehrburger
US District Court-Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Rhee-Karn v. Lask*, 15-cv-9946 — Submission of Declaration Under Seal

Your Honor:

  Pursuant to Your Honor's prior orders, and consistent with my professional obligations under the New York Rules of Professional Conduct, and Federal filings rules, I write to the Court requesting permission to submit Plaintiff Margaret Rhee-Karn's Declaration under seal for in-camera review.

  The Plaintiff addresses factual matters raised in Defendant's recent motion and supplemental motion for reconsideration (ECF Nos. 566 & 567). If the Court grants permission an unredacted copy will be served on Defendant Lask via email, together with copies of the supporting exhibits referenced in the Plaintiff's Declaration, including Exhibits 1-7.

  The sealed filing is made solely to ensure that the Court has a complete and accurate factual record before it, without unnecessary exposure of personally identifying or reputationally sensitive information. This submission is not intended to reopen any closed proceedings, but rather to assist the Court in evaluating the accuracy of Defendant's statements and to safeguard the integrity of the record for the proper appellate and regulatory review.

  This letter and Plaintiff's Declaration with Exhibits are submitted in fulfillment of my duty as I am advised concerning candor and professional responsibility to the Court.

Respectfully,

*Douglas R. Dollinger, Esq.*
Douglas R. Dollinger, Esq.

DRD/mg ECF Filed.