```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARGARET RHEE-KARN,                              :
                                                 :
                        Plaintiff,               :    15-CV-9946 (RWL)
                                                 :
         - against -                             :
                                                 :    ORDER
SUSAN CHANA LASK, ESQ.,                          :
                                                 :
                        Defendant.               :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Defendant's application at Dkt. 573 to strike Plaintiff's declaration filed under seal at Dkt. 571. On November 6, 2025, the Court ordered (Dkt. 574) Plaintiff to file a letter providing legal justification for filing the declaration after Defendant filed her motions for reconsideration and vacatur at Dkts. 566-67. Plaintiff filed a letter as directed (Dkt. 575), and Defendant filed a response (Dkt. 576).

Plaintiff's letter is not persuasive. The declaration is not germane to resolution of Defendant's pending motions for reconsideration and vacatur; and, even if considered by the Court, the declaration would make no difference to its decision on Defendant's pending motions. Accordingly, Defendant's motion to strike is GRANTED insofar as Dkt. 571 will be stricken. Defendant's additional request to change the ECF description of the document and exhibits filed at Dkt. 571 is denied; the current descriptions are accurate and neutral.

Defendant correctly observes that in at least two instances, the letter authored by Plaintiff's counsel attributes quoted language to a case even though the quote does not appear in the case. (See Dkt. 576 at 2-3.) As noted in previous orders, this is not the first time Plaintiff's attorney has misattributed quoted language. Although the Court did not

previously find sanctions warranted, Plaintiff's counsel is forewarned that any future instance in which he misattributes quoted case law or engages in similar misrepresentation (such as citing a case that does not exist) will be met with sanctions.

The Clerk of Court is directed to strike the declaration and exhibits at Dkt. 571 and remove them from the docket.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 11, 2025
      New York, New York

Copies transmitted on this date to all counsel of record.